UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INNER-TITE CORP.,** § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 04-402019 FDS |
| **DEWALCH TECHNOLOGIES, INC.,** § § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

TO THE CLERK:

  Kindly enter my appearance as attorney for Defendant, DeWalch Technologies, Inc., in the above-captioned matter.

                 Respectfully submitted,

                 DEWALCH TECHNOLOGIES, INC.
                 By its attorney,

                 _/s/ Denise W. DeFranco_
                 Denise W. DeFranco BBO#558859
                 Foley Hoag LLP
                 Seaport World Trade Center West
                 155 Seaport Boulevard
                 Boston, Massachusetts 02210-2600
                 (617) 832-1202

Dated: January 3, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been served upon the attorney of record for each other party by first class mail, postage prepaid, on January 3, 2005.

    Mr. Maurice E. Gauthier
    Gauthier & Connors LLP
    225 Franklin Street, Suite 3300
    Boston, Massachusetts 02110

                                            /s/ Denise W. DeFranco
                                            Denise W. DeFranco