UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INNER-TITE CORP.,** § § § **Plaintiff,** § § v. § § **DEWALCH TECHNOLOGIES, INC.,** § § § **Defendant.** § | CIVIL ACTION NO. 04-402019 FDS |

### FED. R. CIV. P. 7.1 AND L.R. 7.3 DISCLOSURE STATEMENT

Defendant DeWalch Technologies, Inc. ("DeWalch") submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules for the District of Massachusetts.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules for the District of Massachusetts, DeWalch has no parent corporation nor is there any publicly held corporation that owns any interest in DeWalch.

Respectfully submitted,

DEWALCH TECHNOLOGIES, INC.
By its attorney,

/s/ Denise W. DeFranco
Denise W. DeFranco BBO#558859
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1202

Dated: January 3, 2005

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document has been served upon the attorney of record for each other party by first class mail, postage prepaid, on January 3, 2005.

    Mr. Maurice E. Gauthier
    Gauthier & Connors LLP
    225 Franklin Street, Suite 3300
    Boston, Massachusetts 02110

                                              /s/ Denise W. DeFranco
                                                Denise W. DeFranco