UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP., § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 04-40219 FDS |
| § | |
| DEWALCH TECHNOLOGIES, INC., § § | |
| Defendant. § | |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE OF DAVID K. WOOTEN**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that David K. Wooten of Vinson & Elkins LLP, 2300 First City Tower, 1001 Fannin Street, Houston, Texas 77002-6760, be admitted to appear on behalf of Dewalch Technologies, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Wooten is and has been a member in good standing of the bar of the State of Texas since 2001;

2. There are no disciplinary proceedings pending against Mr. Wooten as a member of the bar of the State of Texas;

3. Mr. Wooten has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

4. In further support of this motion, Mr. Wooten has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Wooten's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

DEWALCH TECHNOLOGIES, INC.
By its attorney,

/s/ Denise W. DeFranco
Denise W. DeFranco BBO#558859
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1202

Dated: February 7, 2005

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Denise W. DeFranco, hereby certify that on February 1, 2005, I conferred by telephone with Mr. Maurice E. Gauthier, counsel for plaintiff, with respect to the issues raised in this motion. The plaintiff does not oppose this motion.

/s/ Denise W. DeFranco
Denise W. DeFranco

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document has been served upon the attorney of record for each other party by first class mail, postage prepaid, on February 7, 2005.

    Mr. Maurice E. Gauthier
    Gauthier & Connors LLP
    225 Franklin Street, Suite 3300
    Boston, Massachusetts 02110

/s/ Denise W. DeFranco
Denise W. DeFranco

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District court for the District of Massachusetts, I, David K. Wooten, hereby certify that: (1) I am a member of the bar in good standing in the State of Texas where I have been admitted to practice; (2) no disciplinary proceedings are pending against me as a member of the bar of the State of Texas; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

*David K. Wooten* (signature)
David K. Wooten

Dated: February 4, 2005

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **ANDREW WEBER,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**DAVID KENT WOOTEN**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2001.

I further certify that the records of this office show that, as of this date

**DAVID KENT WOOTEN**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 10th day of January, 2005.

ANDREW WEBER, Clerk

by *Andrea King*

Andrea King, Deputy Clerk

No. 0015b

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.