UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER TITE CORP </br></br> Plaintiff, </br></br> v. </br></br> DEWALCH TECHNOLOGIES, INC. </br></br> Defendant. | Civil Action No. </br> 04 40219 FDS |

## PLAINTIFF'S MOTION FOR
## PARTIAL SUMMARY JUDGMENT OF PATENT CLAIM CONSTRUCTION

Plaintiff, Inner-Tite Corp. hereby moves for partial summary judgment of patent claim construction pursuant to Fed.R.Civ.P., Rule 56(c).

In support of the present motion, plaintiff also submits the following:

1) PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT CLAIM CONSTRUCTION,

2) PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS, and

3) AFFIDAVIT OF WILLIAM E. HILTON WITH ATTACHED EXHIBITS A - J.

Pursuant to Local Rule 7.1(a), plaintiff has sought but not obtained concurrence of defendant in the relief sought by the present motion.

For the reasons stated in the accompanying documents, plaintiff, Inner - Tite requests that the court grant the present motion for partial summary judgment of patent claim construction.

Respectfully submitted,

Inner Tite Corp.

By Plaintiff's attorneys,

Dated: February 4, 2005

Maurice E. Gauthier, BBO# 187340
William E. Hilton, BBO# 559515
Gauthier & Connors, LLP
225 Franklin Street, Suite 3300
Boston, Massachusetts 02110
(617) 426 - 9180   Ext. 111

CERTIFICIATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon counsel for defendant, Denise W. DeFranco of Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts 02210-2600 and John Edmonds of Vinson & Elkins, 2300 First City Tower, 1001 Fannin Street, Houston, Texas 77002-6760 on this 4th day of February 2005.

_____
William E. Hilton