UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INNER TITE CORP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04 40219 FDS |
| DEWALCH TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF WILLIAM E. HILTON**

I, William E. Hilton, Esq. hereby depose and state as follows:

1.      I am a partner at the law firm of Gauthier & Connors, LLP, counsel for plaintiff in this action.

2.      Attached hereto as Exhibit A is a true an accurate copy of U.S. Patent No. 6,763,691.

3.      Attached hereto as Exhibit B is a true and accurate copy of the assignment in connection with U.S. Patent No. 6,673,691 as recorded at the United States Patent and Trademark Office.

4.      Attached hereto as Exhibit C is a true and accurate copy of the file history

of U.S. Patent No. 6,763,691.

5.      Attached hereto as Exhibit D is a true and accurate copy of U.S. Patent

No. 4,080,811, which was cited during the prosecution history of U.S. Patent No.

6,763,691.

6.      Attached hereto as Exhibit E is a true and accurate copy of U.S. Patent No.

4,414,829, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

7       Attached hereto as Exhibit F is a true and accurate copy of U.S. Patent No.

3,938,839, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

8.      Attached hereto as Exhibit G is a true and accurate copy of U.S. Patent

No. 4,120,182, which was cited during the prosecution history of U.S. Patent No.

6,763,691.

9.      Attached hereto as Exhibit H is a true an accurate copy of Sections 809.02

to 809.04 of the United States Patent and Trademark Office Manual of Patent Examining

Procedure.

10.     Attached hereto as Exhibit I is a true and accurate copy of U.S. Patent No.

4,202,574, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

11.    Attached hereto as Exhibit J is a true and accurate copy of the definition of

the word *between* from Webster's New World Dictionary, Second College Edition.


\* \* \* \* \*


Signed under penalties of perjury.


Date:   February 4, 2005

_____

William E. Hilton


CERTIFICIATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon counsel for
defendant, Denise W. DeFranco of Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport
Boulevard, Boston, Massachusetts 02210-2600 and John Edmonds of Vinson & Elkins, 2300 First City
Tower, 1001 Fannin Street, Houston, Texas 77002-6760 on this 4th day of February 2005.

_____
William E. Hilton