# GAUTHIER & CONNORS LLP

ATTORNEYS AT LAW
PATENTS, TRADEMARKS AND COPYRIGHTS

225 FRANKLIN STREET, SUITE 3300
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 426-9180
WRITER'S EXT.: 111

FAX (617) 426-2275
E-mail: whilton@gc-law.com

February 7, 2005

United States District Court
District of Massachusetts
Donahue Federal Building
595 Main Street
Worcester, Massachusetts 01608

EV621827779US

Attn.:  Clerk, Tony Anastas

Re:  Inner-Tite Corp vs. DeWalch Technologies, Inc.
     D.Mass. Civil Action No. 04-40219 FDS

Dear Sir:

Enclosed for filing please find a letter from counsel for defendant, DeWalch Technologies, Inc., waiving service in connection with the above referenced matter.

As confirmed in the letter the parties believe that the enclosed letter constitutes a waiver of service of the complaint filed October 27, 2004.

If there is any problem with this waiver, or if any further materials are deemed necessary by the court to effect service in connection with this action, please contact the undersigned counsel for plaintiff.

Thank you for your time and attention to this matter.

Sincerely,

William E. Hilton

WEH/mhc
Enclosure:
cc: w/enc.   Denise W. DeFranco, Esq. (via mail)
             John J. Edmonds, Esq (via mail)



VINSON & ELKINS L.L.P.
2300 FIRST CITY TOWER
1001 FANNIN STREET
HOUSTON, TEXAS 77002-6760
TELEPHONE (713) 758-2222
FAX (713) 758-2346
www.velaw.com

John J. Edmonds, Esq.
Direct Dial (713) 758-4812
Direct Fax (713) 615-5319
jedmonds@velaw.com

February 4, 2005

*By e-mail*

Mr. William E. Hilton
Gauthier & Connors LLP
225 Franklin Street, Suite 3300
Boston, Massachusetts 02110

    Re:    *Inner-Tite Corporation v. DeWalch Technologies, Inc.;* No. 4:04-cv-40219-FDS;
            In the United States District Court of Massachusetts

Dear William:

    This letter responds to yours requesting a waiver of service from my client DeWalch Technologies, Inc. of your client Inner-Tite Corp.'s October 27, 2004 Complaint. Although I believe that my client's filing of an Answer and Counterclaim moots the issue of service, if you deem it necessary, you may feel free to consider this letter as constituting a waiver of service of this Complaint on behalf of my client.

                                               Sincerely,

                                               John J. Edmonds

cc:    Denise W. DeFranco, Esq.
        Foley Hoag LLP
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, Massachusetts 02210-2600

AUSTIN  •  BEIJING  •  DALLAS  •  DUBAI  •  HOUSTON  •  LONDON  •  MOSCOW  •  NEW YORK  •  TOKYO  •  WASHINGTON, D.C.

Mr. William E. Hilton
Page 2
February 4, 2005

    Mr. Peter E. Mims [Firm]
    Dr. David K. Wooten [Firm]

1946768_5.DOC