UNITED STATES DISTRICT COURT
DISTRICT OF MASACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § § § | |
| Plaintiff | | |
| v. | § § | CIVIL ACTION NO. 04-40219 FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § | |
| Defendant. | | |

## JOINT STATEMENT
### PURSUANT TO LOCAL RULE 16.1(d)

Pursuant to Rule 16.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Inner-Tite Corp. and Defendant DeWalch Technologies, Inc. submit this Joint Statement for the Scheduling Conference to be held on March 3, 2005.

1.  Proposed Discovery Plan

Pursuant to Local Rule 16.1(B), counsel for the parties have conferred in an effort to reach an agreement on a pretrial schedule. The parties have agreed on portions of the schedule, but were unable to reach agreement on other portions, as set forth below.

Pursuant to Local Rule 26.1(C), the parties agree that discovery should be limited to each party serving no more than the following on the opposing party: 25 Interrogatories, 25 Requests for Admission, and two sets of Requests for Production. Further, the parties agree to be limited to 10 fact depositions per side. Deposition of experts, if any, are also permitted.

Pretrial Schedule

| Agreed Date | Event | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|---|
| March 11, 2005 | Exchange initial disclosures pursuant to Rule 16(a)(1) of the Federal Rules of Civil Procedure | | |
| June 24, 2005 | All motions pursuant to Federal Rules of Civil Procedure 12, 15, 19 and 20 | | |
| | Service of written discovery (interrogatories, requests for admission and request for production of documents) shall be completed | 4 months after a claim construction ruling is entered | August 26, 2005 |
| | Responses to written discovery (interrogatories, requests for admission and requests for production of documents) shall be completed | 5 months after a claim construction ruling is entered | September 30, 2005 |
| | Factual discovery cut-off | 6 months after a claim construction ruling is entered | October 28, 2005 |
| | Identification of experts on issues for which the party has burden of proof, and disclosure of corresponding expert reports pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure | 7 months after a claim construction ruling is entered | November 23, 2005 |
| | Rebuttal expert reports | 8 months after a claim construction ruling is entered | December 23, 2005 |
| | Expert discovery cut-off | 9 months after a claim construction ruling is entered | January 31, 2006 |

|  | Dispositive motions filed pursuant to Rule 56 of the Federal Rules of Civil Procedure | 10 months after a claim construction ruling is entered | February 24, 2006 |
|---|---|---|---|
| 21 days after service of motion | Exchange of dispositive motion opposition briefs. |  |  |

2. <u>Certification</u>

The certifications required by Local Rule 16.1(D)(3) for both parties are attached hereto.

3. <u>Consideration of Trial by Magistrate Judge</u>

The parties do not consent to a trial by the Magistrate Judge.

4. <u>Settlement</u>

Plaintiff has made a settlement proposal as required by Local Rule 16.1(C).

Respectfully submitted,

INNER-TITE CORP.
By its attorneys,

/s/ 

Maurice E. Gauthier (BBO #187340)
William E. Hinton (BBO #559515)
GAUTHIER & CONNORS, LLP
225 Franklin Street, Suite 3300
Boston, MA 02110
617-426-9180

DEWALCH TECHNOLOGIES, INC.
By its attorneys,

/s/

Denise W. DeFranco (BBO #558859)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
617-832-1000

OF COUNSEL:

Peter E. Mims
Texas Bar No. 14173275
John J. Edmonds
Texas Bar No. 00789758
David K. Wooten
Texas Bar No. 24033477
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
713-758-2732

FHBOSTON/2769907.1