UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER TITE CORP | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04 40219 FDS |
| DEWALCH TECHNOLOGIES, INC. | ) | |
| Defendant. | ) | |

## CERTIFICATION UNDER LOCAL RULE 16.1(D)

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mini-trial, summary jury trial, and mediation.

March 1, 2005

George Davis, President
Inner-Tite Corp.
110 Industrial Drive
Holden, Massachusetts 01520

Maurice E. Gauthier, BBO# 187340
William E. Hilton, BBO# 559515
Gauthier & Connors, LLP
225 Franklin Street, Suite 3300
Boston, Massachusetts 02110