UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **INNER-TITE CORP.,** | § § § § | |
| Plaintiff | | |
| v. | § § | CIVIL ACTION NO. 04-40219 FDS |
| **DEWALCH TECHNOLOGIES, INC.,** | § § § § | |
| Defendant. | | |

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned counsel and authorized representative of defendant DeWalch Technologies, Inc. ("DeWalch") hereby certify that DeWalch and its counsel have conferred (a) with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

Respectfully submitted,

DEWALCH TECHNOLOGIES, INC.            VINSON & ELKINS, L.L.P.

/S/Binz DeWalch                       /S/John. J. Edmonds
Binz DeWalch                          John J. Edmonds
DeWalch Technologies, Inc.            Texas Bar No. 00789758
6850 Wynnwood                         David K. Wooten
Houston, TX. 77008                    Texas Bar No. 24033477
713-861-8993 ext. 226                 VINSON & ELKINS, L.L.P.
                                      2300 First City Tower
                                      1001 Fannin Street
                                      Houston, TX 77002-6760
                                      713-758-2732

FHBOSTON/2769902.1