UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEWALCH TECHNOLOGIES, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.<br>04-40219 FDS |

**STIPULATED MOTION FOR ENRTY OF PROTECTIVE ORDER**

Plaintiff, Inner-Tite Corp. and defendant DeWalch Technologies, Inc. hereby move for entry of a protective order in the above captioned action in the form of the enclosed Confidentiality Agreement and Protective Order pursuant to Fed.R.Civ.P., Rule 26(c) and Local Rule LR 7.1.

By Plaintiff's attorneys,

Dated: June 13, 2005

_/s/ William E. Hilton_
William E. Hilton, BBO# 559515
Maurice E. Gauthier, BBO# 187340
Gauthier & Connors, LLP
225 Franklin Street, Suite 3300
Boston, Massachusetts 02110
(617) 426 - 9180  Ext. 111

CERTIFICATE OF SERVICE
I hereby certify that a true and accurate copy of the above document was served upon counsel for defendant, Denise W. DeFranco of Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts 02210-2600 and John Edmonds of Vinson & Elkins, 2300 First City Tower, 1001 Fannin Street, Houston, Texas 77002-6760 on this 13th day of June 2005.

_/s/ William E. Hilton_
William E. Hilton