
ATTORNEYS AT LAW

**VINSON & ELKINS L.L.P.**
2300 FIRST CITY TOWER
1001 FANNIN STREET
HOUSTON, TEXAS 77002-6760
TELEPHONE (713) 758-2222
FAX (713) 758-2346
www.velaw.com

**John J. Edmonds, Esq.**
Direct Dial (713) 758-4812
Direct Fax (713) 615-5319
jedmonds@velaw.com

December 9, 2005

*By e-mail*

Hon. F. Dennis Saylor, IV
United States District Court
595 Main Street
Worcester, Massachusetts 01608

  Re: *Inner-Tite Corp. v. DeWalch Technologies, Inc.*; No. 4:04-cv-40219-FDS; In the United States District Court for the District of Massachusettes

Your Honor:

  For purposes of the Court re-setting the schedule for the referenced case in light of the lifting of the stay, the parties jointly suggest the following:

| Original Date | New Date | Deadline |
| --- | --- | --- |
| 10/28/05 | 3/28/06 | All depositions, other than expert depositions, must be completed |
| 10/28/05 | 3/28/06 | Fact discovery – final deadline |
| 11/23/05 | 4/24/06 | Plaintiff's expert designations and reports |
| 11/23/05 | 4/24/06 | Defendant's expert designation and reports |
| 12/23/05 | 5/23/06 | Deadline for rebuttal expert reports |
| 1/31/06 | 7/3/06 | Deadline for deposing Plaintiff's trial experts |
| 1/31/06 | 7/3/06 | Deadline for deposing Defendant's trial experts |
| 2/24/06 | 7/26/06 | Deadline for dispositive motions (oppositions must be filed 21 days after service) |

              Respectively submitted,

              /S/ by permission JJE
              Denise DeFranco, Foley Hoag LLP
              John J. Edmonds, Vinson & Elkins LLP
              Counsel for Defendant

              /S/ by permission JJE
              William Hilton, Gauthier & Connors LLP
              Counsel for Plaintiff

1946768_18.DOC