IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP. § | |
| § | |
| v. § | CASE NO. No. 04-40219 FDS |
| § | |
| DEWALCH TECHNOLOGIES, INC. § | |

## STIPULATION CONCERNING AGREEMENT TO NARROW ISSUES

Plaintiff, Inner-Tite Corp., and defendant, DeWalch Technologies, Inc., by their respective counsel, hereby stipulate to narrowing the issues in the above referenced action to the single issue of whether either or both of the ProLock Products identified in the Settlement Agreement executed April 9, 2006 and more specifically described in the confidential DeWalch Drawing Numbers 601049-1, 601049-2, 601050, and 601051 and by the ProLock Products themselves in the present action include "a jaw mechanically interengaged with and carried by said bracket for movement between said first and second flanges" as claimed in claim 1 of U.S. Patent No. 6,763,691 either literally or under the doctrine of equivalents.

Respectfully submitted,

_____s/ William E. Hilton_____          ___/s/ Denise W. DeFranco_____
William E Hilton                          Denise W. DeFranco
BBO # 559515                              BBO # 558859
Maurice E. Gauthier                       FOLEY HOAG LLP
BBO # 187340                              Seaport World Trade Center West
GAUTHIER & CONNORS, LLP                   155 Seaport Boulevard
225 Franklin Street, Suite 2300           Boston, Massachusetts  02210-2600
Boston, Massachusetts  02110              617 832-1202 (telephone)
617 426-9180 (telephone)

COUNSEL FOR PLAINTIFF                     COUNSEL FOR DEFENDANT
INNER-TITE CORP                           DEWALCH TECHNOLOGIES, INC.

- 2 -

        Peter E. Mims
        Texas Bar No. 14173275
        David K. Wooten
        Texas Bar No. 2403347
        VINSON & ELKINS, L.L.P.
        2300 First City Tower
        1001 Fannin Street
        Houston, Texas 77002-6760
        713.758-4812  (telephone)

        COUNSEL FOR DEFENDANT
        DEWALCH TECHNOLOGIES, INC