IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., § | | |
|   Plaintiff § | | |
| § | CASE NO. No. 04-40219 FDS | |
| v. § | | |
| § | | |
| DEWALCH TECHNOLOGIES, INC. § | | |
|   Defendant. § | | |

**ASSENTED-TO MOTION TO IMPOUND**

Pursuant to Local Rule 7.2 and the Confidentiality Agreement and Protective Order entered by the Court on June 17, 2005, defendant DeWalch Technologies, Inc. ("DeWalch") requests that this Court impound the Declaration of Binz DeWalch, which will be filed on May 19, 2006, in support of defendant DeWalch's motion for summary judgment.

As grounds for this motion, DeWalch states that this document contains confidential product information that will cause it commercial harm if disclosed. DeWalch requests this document remain under seal until sixty (60) days after the entry of final judgment in this case, at which time custody of the impounded documents shall be remitted to DeWalch's counsel of record in this action.

- 2 -

        Respectfully submitted,

        DEWALCH TECHNOLOGIES, INC.
        By its attorneys,

            /s/ Denise W. DeFranco
        _____

        Denise W. DeFranco BBO# 558859
        FOLEY HOAG LLP
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, Massachusetts 02210-2600
        (617) 832-1202

        Peter E. Mims
        Texas Bar No. 14173275
        David K. Wooten
        Texas Bar No. 24033477
        VINSON & ELKINS, L.L.P.
        2300 First City Tower
        1001 Fannin Street
        Houston, TX 77002-6760
        713-758-2732

Dated: May 18, 2006

- 3 -

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendant DeWalch Technologies, Inc. conferred with counsel for plaintiff Inner-Tite Corp., who assented to this motion.

/s/ Denise W. DeFranco
Denise W. DeFranco

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been served upon the attorney of record for the other party by hand on May 18, 2006.

    Mr. Maurice E. Gauthier
    Gauthier & Connors LLP
    225 Franklin Street, Suite 3300
    Boston, Massachusetts 02110

/s/ Denise W. DeFranco
Denise W. DeFranco

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP., §<br>  Plaintiff §<br>§ | CASE NO. No. 04-40219 FDS |
| v. § | |
| § | |
| DEWALCH TECHNOLOGIES, INC. § | |
|   Defendant. § | |

## [PROPOSED] ORDER TO IMPOUND

There having been filed a motion requesting impoundment of the Declaration of Binz DeWalch within the meaning of the Confidentiality Agreement and Protective Order among the parties, and it appearing that there is good cause to impound such Declaration of Binz DeWalch;

IT IS HEREBY ORDERED that the Declaration of Binz DeWalch, and all exhibits attached thereto, filed with the Court on May 19, 2006, shall be impounded until sixty (60) days after the entry of final judgment herein.  Thereafter, the Declaration of Binz DeWalch, and all exhibits attached thereto, shall be returned to counsel for the party who filed it.

Dated: May___, 2006.                                   _____

- 4 -