UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEWALCH TECHNOLOGIES, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.<br>04 40219 FDS |

**PLAINTIFF'S DISPOSITIVE MOTION FOR**

**<u>SUMMARY JUDGMENT OF PATENT INFRINGEMENT</u>**

Plaintiff, Inner-Tite Corp. hereby moves for summary judgment of patent infringement pursuant to Fed.R.Civ.P., Rule 56(c).

In support of the present motion, plaintiff also submits the following:

1)   PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT OF PATENT INFRINGEMENT,

2)   PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS, and

3)   AFFIDAVIT OF PETER S. STECHER WITH ATTACHED EXHIBITS A - J.

4)   AFFIDAVIT OF ROBERT E. REAFFERTY WITH ATTACHED EXHIBITS A AND B.

Pursuant to Local Rule 7.1(a), plaintiff has sought but not obtained concurrence of defendant in the relief sought by the present motion.

For the reasons stated in the accompanying documents, plaintiff, Inner - Tite requests that the court grant the present dispositive motion for summary judgment of patent infringement.

        Respectfully submitted,

        Inner-Tite Corp.

        By Plaintiff''s attorneys,

        ___/s/ William E. Hilton_____

Dated: May 19, 2006

        Maurice E. Gauthier, BBO# 187340
        William E. Hilton, BBO# 559515
        Gauthier & Connors, LLP
        225 Franklin Street, Suite 2300
        Boston, Massachusetts  02110
        (617) 426 - 9180   Ext. 111

CERTIFICATE OF SERVICE
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons indicated as non-registered participants on May 19, 2006 by First Class Mail.

        _____/s/William E. Hilton_____
        William E. Hilton