# EXHIBIT A

To Rafferty Affidavit

filed

May 19, 2006

in

Civil Action 04-40219 FDS




Picture 1 - May 2, 2006



Picture 2B - May 2, 2006



Picture 2A - May 2, 2006



Pro Lock 1 on Box Wall
Picture 3B - May 18, 2006



Pro Lock 1 on Box Wall
Picture 3A - May 18, 2006

