# EXHIBIT B

To Rafferty Affidavit

filed

May 19, 2006

in

Civil Action 04-40219 FDS

Pro Lock 2

Picture 2B- May 3, 2006



Pro Lock 2

Picture 2A- May 3, 2006



Pro Lock 2 on Box Wall

Picture 3B - May 18, 2006



Pro Lock 2 on Box Wall

Picture 3A - May 18, 2006

