UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP<br><br>        Plaintiff,<br><br>v.<br><br>DEWALCH TECHNOLOGIES, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
04 40219 FDS

## AFFIDAVIT OF PETER S. STECHER

I, Peter S. Stecher, Esq. hereby depose and state as follows:

1.      I am an associate at the law firm of Gauthier & Connors, LLP, counsel for plaintiff in this action.

2.      Attached hereto as Exhibit A is a true an accurate copy of U.S. Patent No. 6,763,691.

3.      Attached hereto as Exhibit B is a true and accurate copy of a drawing provided by counsel for DeWalch as representative of DeWalch's ProLock 1 product.

4.      Attached hereto as Exhibit C is a true and accurate copy of a drawing provided by counsel for DeWalch as representative of DeWalch's ProLock 2 product.

5.    Attached hereto as Exhibit D is a true and accurate copy of the definition of the word *between* from Webster's New World Dictionary, Second College Edition.

6.    Attached hereto as Exhibit E is a true and accurate copy of selected portions of the file history of U.S. Patent No. 6,763,691.

7.    Attached hereto as Exhibit F is a true and accurate copy of U.S. Patent No. 4,080,811, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

8.    Attached hereto as Exhibit G is a true and accurate copy of U.S. Patent No. 4,414,829, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

9    Attached hereto as Exhibit H is a true and accurate copy of U.S. Patent No. 3,938,839, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

10.    Attached hereto as Exhibit I is a true and accurate copy of U.S. Patent No. 4,120,182, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

12.    Attached hereto as Exhibit J is a true and accurate copy of U.S. Patent No. 4,202,574, which was cited during the prosecution history of U.S. Patent No. 6,763,691.

* * * * *

Signed under penalties of perjury.

Date:   May 19, 2006

Peter S. Stecher