# EXHIBIT C

To Stecher Affidavit

filed

May 19, 2006

in

Civil Action 04-40219 FDS

