# EXHIBIT D

To Stecher Affidavit

filed

May 19, 2006

in

Civil Action 04-40219 FDS

SECOND COLLEGE EDITION



# WEBSTER'S NEW WORLD DICTIONARY

OF THE AMERICAN LANGUAGE

DAVID B. GURALNIK, *Editor in Chief*

WILLIAM COLLINS + WORLD PUBLISHING CO., INC.

WEBSTER'S NEW WORLD DICTIONARY, Second College Edition

Copyright © 1976 and 1974 by
WILLIAM COLLINS + WORLD PUBLISHING CO., INC.
2080 West 117th Street, Cleveland, Ohio 44111
Copyright © 1972 and 1970 by
THE   WORLD   PUBLISHING   COMPANY

Copyright under the Universal Copyright Convention; the
International Copyright Union; Pan-American Conventions
of Montevideo, Mexico, Rio de Janeiro,
Buenos Aires and Havana

Previous edition Copyright © 1953, 1954, 1955, 1956, 1957,
1958, 1959, 1960, 1962, 1964, 1966, 1968 by
THE   WORLD   PUBLISHING   COMPANY

Library of Congress Catalog Card Number: 75-39572
ISBN 60B 0-529-05324-1
ISBN 60BI 0-529-05326-8

PRINTED IN THE UNITED STATES OF AMERICA

‡bê·tise (be tēz′) n., pl. -tises′ (-tēz′) [Fr. < bête, beast < OFr. beste: see BEAST] 1. a foolish act, remark, suggestion, etc. 2. stupidity or foolishness

Bet·je·man (bech′ə mən), Sir John 1906– ; Eng. poet; poet laureate (1972– )

be·to·ken (bi tō′k'n) vt. [ME. betocnen < be- + toknen < OE. tacnian, to mark < tacen, TOKEN] 1. to be a token or sign of; indicate; show 2. to show beforehand; presage

bet·o·ny (bet′'n ē) n., pl. -nies [ME. betonike < OE. betonice < LL. betonica, altered < L. vettonica, after the Vettones, an ancient tribe in Gaul] any of a genus (Stachys) of plants of the mint family, having spikes of white, yellow, or lavender flowers and formerly used in medicine

be·tray (bi trā′) vt. [ME. bitraien < be- + traien, betray < OFr. trair < L. tradere, to hand over: see TREASON] 1. a) to help the enemy of (one's country, cause, etc.); be a traitor to b) to deliver or expose to an enemy traitorously 2. to break faith with; fail to meet the hopes of [he betrayed my trust in him] 3. to lead astray; deceive; specif., to seduce and then desert 4. to reveal unknowingly or against one's wishes [his face betrays his fear] 5. to reveal or show signs of; indicate [the house betrays its age] 6. to disclose (secret information, confidential plans, etc.) —SYN. see DECEIVE, REVEAL —be·tray′al n. —be·tray′er n.

be·troth (bi trōth′, -trōth′) vt. [ME. bitrouthen < be- + treuthe < OE. treowth, truth] 1. to promise in marriage [to betroth a daughter] 2. [Archaic] to promise to marry

be·troth·al (-əl) n. a betrothing or being betrothed; mutual pledge to marry; engagement

be·trothed (-trōthd′, -trōtht′) adj. engaged to be married —n. the person to whom one is betrothed

bet·ta (bet′ə) n. [ModL.] any of a genus (Betta) of brightly colored, tropical, freshwater fishes of SE Asia, esp. an aquarium species (Betta splendens)

bet·ter¹ (bet′ər) adj. compar. of GOOD [ME. bettere, belere < OE. betera: see BEST] 1. of a more excellent sort; surpassing another or others 2. more suitable, more desirable, more favorable, more profitable, etc. 3. being more than half; larger [it cost the better part of his pay] 4. improved in health or disposition —adv. compar. of WELL² 1. in a more excellent manner; in a more suitable way 2. in a higher degree; to a greater extent 3. more [it took better than an hour] —n. 1. a person superior in authority, position, etc. [obey your betters] 2. the thing, condition, circumstance, action, etc. that is more excellent, more suitable, etc. 3. advantage [to get the better of a rival] —vt. 1. to outdo; surpass 2. to make better; improve —vi. to become better —SYN. see IMPROVE —better off 1. in a better situation or condition 2. having more income, wealth, etc. —for the better to a better or improved condition —get (or have) the better of 1. to outdo 2. to outwit —had better ought to; would be prudent or wise to

bet·ter² (bet′ər) n. same as BETTOR

better half [Slang] one's wife or, less often, one's husband

bet·ter·ment (-mənt) n. 1. a making or being made better; improvement ☆2. Law an improvement that increases the value of property and is more extensive than mere repairs

Bet·ter·ton (bet′ər tən), Thomas 1635?–1710; Eng. actor

bet·tor (-ər) n. a person who bets

Bet·ty (bet′ē) a feminine name: see ELIZABETH¹

be·tween (bi twēn′) prep. [ME. bitwene < OE. betweonum < be, by + tweonum, dat. of *tweon, akin to Goth. tweihnai, by twos, in pairs: for IE. base see TWO] 1. in or through the space that separates (two things) 2. in or of the time, amount, or degree that separates (two things); intermediate to [a between blue and green] 3. that connects or relates to [a bond between friends] 4. along a course that connects [the road runs between here and there] 5. by the joint action of [between them they landed the fish] 6. in the combined possession of [they had fifty dollars between them] 7. to the exclusion of all but both of [they divided it between them] 8. from one or the other of [choose between love and duty] 9. because of the combined effect of [between work and studies she has no time left] Between is sometimes used where more than two are involved, if the relationship is thought of as of each individually with each of the others [a treaty between four powers] —adv. 1. in an intermediate space, position, or function 2. in an intermediate time; in the interval —between ourselves in confidence; as a secret: also between you and me —in between 1. in an intermediate position 2. in the midst of

be·tween·brain (-brān′) n. same as DIENCEPHALON

be·tween·times (-tīmz′) adv. at intervals: also be·tween′-whiles′

be·twixt (bi twikst′) prep., adv. [ME. bitwix < OE. betwix < be- + a form related to twegen, TWAIN; -t is unhistoric] between: now archaic except in the phrase betwixt and between, in an intermediate position; neither altogether one nor altogether the other

Beu·lah (byōō′lə) [Heb. be 'ūlāh, married] 1. the land of Israel: Isa. 62:4 2. in Bunyan's Pilgrim's Progress, a country of peace and rest near the end of life's journey: short for Land of Beulah 3. a feminine name

bev, Bev (bev) n., pl. bev, Bev [B(ILLION) E(LECTRON-)V(OLTS)] a unit of energy equal to one billion ($10^9$) electron-volts

☆bev·a·tron (bev′ə trän′) n. [< BEV + -tron, as in CYCLO-TRON] a synchrotron for accelerating protons and other atomic particles to an energy level of six or more bev

bev·el (bev′'l) n. [prob. < OFr. *baivel, dim. < baif, gaping: see BAY²] 1. a tool consisting of a rule with a movable arm, used in measuring or marking angles and in fixing surfaces at an angle: also bevel square 2. an angle other than a right angle 3. sloping part or surface, as the angled edge of plate glass —adj. sloped; beveled —vt. -eled or -elled, -el·ing or -el·ling to cut to an angle other than a right angle —vi. to slope at an angle; slant



BEVEL

bevel gear a gearwheel meshed with another so that their shafts are at an angle of less than 180°

bev·er·age (bev′rij, -ər ij) n. [ME. < OFr. bevrage < bevre < L. bibere, IMBIBE] any liquid for drinking, esp. other than water

Bev·er·idge (bev′ər ij) 1. Albert Jeremiah, 1862–1927; U.S. statesman & historian 2. Sir William Henry, 1st Baron, 1879–1963; Eng. economist, born in India

BEVEL GEAR

Bev·er·ley, Bev·er·ly (bev′ər lē) [< ME. bever, BEAVER¹ + ley, LEA¹] a feminine name

Bev·er·ly (bev′ər lē) city in NE Mass.: pop. 38,000

Beverly Hills [after Beverly Farms, in Mass.] city in Calif., surrounded by Los Angeles: pop. 34,000

bev·y (bev′ē) n., pl. bev′ies [ME. bevey < Anglo-Fr. bevée < OFr., a drinking bout < bevre: see BEVERAGE] 1. a group, esp. of girls or women 2. a flock: now chiefly of quail 3. any group or collection —SYN. see GROUP

be·wail (bi wāl′) vt. [ME. biwailen: see BE- & WAIL] to wail over or complain about; lament; mourn

be·ware (bi wer′) vi., vt. -wared′, -war′ing [associated with BE- + WARE², but prob. < OE. bewarian, to keep watch < be- + warian, to watch, be wary] to be wary or careful (of); be on one's guard (against)

be·wigged (bi wigd′) adj. wearing a wig

be·wil·der (bi wil′dər) vt. [BE- + WILDER] 1. to confuse hopelessly, as by something complicated or involved; befuddle; puzzle 2. [Archaic] to cause to be lost, as in a wilderness —SYN. see PUZZLE —be·wil′der·ing·ly adv.

be·wil·der·ment (-mənt) n. 1. the fact or condition of being bewildered 2. a confusion; jumble

be·witch (bi wich′) vt. [ME. biwicchen < be- + wicchen < OE. wiccian < wicca: see WITCH] 1. to use witchcraft on; cast a spell over 2. to attract and delight irresistibly; enchant; fascinate; charm —be·witch′ing adj. —be·witch′ing·ly adv.

be·witch·ment (-mənt) n. 1. power to bewitch 2. a bewitching or being bewitched 3. a spell that bewitches Also be·witch′er·y (-ər ē), pl. -er·ies

be·wray (bi rā′) vt. [ME. biwreien < be- + OE. wregan, to inform] [Archaic] to divulge; reveal; betray

Bex·ley (beks′lē) city in SE England, near London: pop. 90,000

bey (bā) n. [Turk. bey, beg] 1. in the Ottoman Empire, the governor of a minor Turkish district or province 2. a Turkish title of respect and former title of rank 3. the former native ruler of Tunis

Beyle (bāl), Ma·rie Hen·ri (mà rē′ än rē′) see STENDHAL

be·yond (bi yänd′) prep. [ME. biyonde < OE. begeondan < be- + geond, yonder, across] 1. on or to the far side of; farther on than; past [beyond the river] 2. farther on in time than; later than [beyond the visiting hours] 3. outside the reach, possibility, or understanding of [beyond help, beyond belief] 4. more or better than; exceeding; surpassing [a success beyond one's expectations] 5. in addition to [he had no experience beyond school training] —adv. 1. farther out; farther away 2. in addition; besides —the beyond 1. whatever is beyond or far away 2. whatever follows death; afterlife: often the great beyond

Bey·routh (bā rōōt′, bā′rōōt) same as BEIRUT

bez·ant (bez′'nt, bə zant′) n. [ME. besant < OFr. besant < L. byzantius (nummus), Byzantine (coin) < Byzantium] 1. the solidus, a gold coin issued in Byzantium: see SOLIDUS (sense 1) 2. Archit., Heraldry an ornamental flat disk or circular figure representing such a coin

bez antler (bez, bāz) [< OFr. bes- < L. bis, twice + ANTLER] the second branch from the base of a deer's horn

☆be·zazz (bə zaz′) n. same as PIZAZZ

bez·el (bez′'l) n. [OFr. *bisel (Fr. biseau), sloping edge < biais, bias] 1. a sloping surface, as the cutting edge of a chisel 2. the slanting faces of a cut jewel, esp. those of the upper half 3. a) the groove and flange holding a gem or a watch crystal in place b) a movable rim on a watch or clock that can be rotated so that marks on it can record certain kinds of data

Bé·ziers (bā zyā′) city in S France: pop. 74,000

be·zique (bi zēk′) n. [Fr. bésigue; ? akin to It. bazzica, card game < bazza, trick (at cards) < Ar. bazza, to capture] a card game resembling pinochle, but using a double deck of 64 cards, two of each card above the six

be·zoar (bē′zôr) n. [Fr. bézoard < Sp. bezoar < Ar. bāzahr < Per. pādzahr < pād, expelling + zahr, poison] a concretion found in the stomach or intestines of some animals, esp.