IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § | |
|   Plaintiff | § | |
| | § | CASE NO. No. 04-40219 FDS |
| v. | § | |
| | § | |
| DEWALCH TECHNOLOGIES, INC. | § | |
|   Defendant. | § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant DeWalch Technologies, Inc. ("DeWalch") hereby moves for summary judgment of non-infringement of U.S. Patent No. 6,763,691 pursuant to Fed. R. Civ. P. 56(b).

In support of the motion, defendant submits the following:

1. DEFENDANT'S MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;

2. DECLARATION OF BINZ DEWALCH (filed under seal) with attached exhibits 1-8; and

3. NOTICE OF FILING WITH THE CLERK'S OFFICE OF PHYSICAL EXHIBITS 9-11 TO THE DECLARATION OF BINZ DEWALCH.

REQUEST FOR ORAL ARGUMENT

Defendant understands that oral argument in this case has been scheduled for July 26, 2006.

For the reasons set forth in the accompanying documents, DeWalch requests that the Court grant defendant's motion for summary judgment.

Respectfully submitted,


DEWALCH TECHNOLOGIES, INC.
By its attorneys,


/s/ Denise W. DeFranco
───────────────────────────────

Denise W. DeFranco  BBO# 558859
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1202

Peter E. Mims
Texas Bar No. 14173275
David K. Wooten
Texas Bar No. 24033477
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
713-758-2732

Dated:  May 19, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document has been served upon the attorney of record for the other party by hand on May 19, 2006.

Mr. Maurice E. Gauthier
Gauthier & Connors LLP
225 Franklin Street, Suite 3300
Boston, Massachusetts 02110

/s/ Denise W. DeFranco
_____
Denise W. DeFranco