IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP., <br>   Plaintiff <br><br> v. <br><br> DEWALCH TECHNOLOGIES, INC. <br>   Defendant. | § § § § § § § §    CASE NO. No. 04-40219 FDS |

**NOTICE OF FILING WITH THE CLERK'S OFFICE**
**OF PHYSICAL EXHIBITS 9-11 TO THE DECLARATION OF BINZ DEWALCH**

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in physical form:

- ProLock Product 1, which is Exhibit 9 to the Declaration of Binz DeWalch;

- ProLock Product 2, which is Exhibit 10 to the Declaration of Binz DeWalch; and

- a utility box, which is Exhibit 11 to the Declaration of Binz DeWalch.

The original exhibits are maintained in the case file in the Clerk's Office.

- 2 -

Respectfully submitted,

DEWALCH TECHNOLOGIES, INC.
By its attorneys,

    /s/ Denise W. DeFranco
―――――――――――――――――

Denise W. DeFranco BBO# 558859
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1202

Peter E. Mims
Texas Bar No. 14173275
David K. Wooten
Texas Bar No. 24033477
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
713-758-2732

Dated: May 19, 2006

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above exhibit has been served upon the attorney of record for the other party by hand on May 19, 2006.

      Mr. Maurice E. Gauthier
      Gauthier & Connors LLP
      225 Franklin Street, Suite 3300
      Boston, Massachusetts 02110

      /s/ Denise W. DeFranco
      ———————————————
      Denise W. DeFranco