UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEWALCH TECHNOLOGIES, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.<br>04 40219 FDS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**

**A REPLY MEMORANDUM TO**

**DEFENDANT'S OPPOSITION TO**

<u>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**</u>

Pursuant to Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Inner-Tite, Corp. hereby moves for leave to file the Reply Memorandum attached hereto in response to an opposition filed by defendant on June 16, 2006 to plaintiff's motion for summary judgment.

Peter Mims, counsel for defendant DeWalch Technologies, Inc., was contacted by William Hilton and concurs in the relief sought by the present motion.

No memorandum of law is being filed in support of this motion as the relief requested is within the sound discretion of the Court.

The attached Reply Memorandum is responsive to the Opposition filed by defendant on June 16, 2006 in connection with plaintiff's motion for summary judgment filed on May 19, 2006.

Plaintiff respectfully urges that defendant be granted leave to file the attached Reply Memorandum.

                                        Respectfully submitted,
                                        Inner-Tite Corp.
                                        By Plaintiff''s attorneys,


                                        ___/s/ William E. Hilton_____

Dated: June 26, 2006

                                        Maurice E. Gauthier, BBO# 187340
                                        William E. Hilton, BBO# 559515
                                        Gauthier & Connors, LLP
                                        225 Franklin Street, Suite 2300
                                        Boston, Massachusetts  02110
                                        (617) 426 - 9180   Ext. 111

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons indicated as non-registered participants on June 26, 2006 by First Class Mail.

                _____/s/William E. Hilton_____
                      William E. Hilton