AO 187A (REV. 7/87)　　EXHIBIT AND WITNESS LIST – CONTINUATION

Inner-Tite vs. Dewalch Teel　　CASE NO. 04-40219

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/26/06 | ✓ | | Box |
| 2 | | " | ✓ | | Pro Lock 1 |
| 3 | | " | ✓ | | Pro Lock 2 |
| 4 | | " | ✓ | | Cap Key + Barrel lock |
| 5 | | " | ✓ | | Patent 691 |
| | | | | | Benz Dewalch    sworn |
| | | | | | Robert Rafferty  sworn |
| 6 | | " | ✓ | | 3 parts of Pro lock 1 |
| 7 | | " | ✓ | | Taped Pro-lock 1 |
| 8 | | " | ✓ | | Jiffy Lock |

Page ____ of ____ Pages