IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 04-40219 FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § | |
| Defendant. | § § | |

### NOTICE OF APPEARANCE OF DONALD R. WARE
### AS COUNSEL FOR DEFENDANT DEWALCH TECHNOLOGIES, INC.

Please enter the appearance of Donald R. Ware as attorney for Defendant DeWalch Technologies, Inc. in the above-captioned matter.

Dated: June 4, 2007

Respectfully submitted,

DEWALCH TECHNOLOGIES, INC.

By its attorneys,

/s/ Donald R. Ware
Donald R. Ware  (BBO #516260)
Denise W. DeFranco (BBO #558859)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Peter E. Mims (*pro hac vice*)
David K. Wooten (*pro hac vice*)
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
(713) 758-2732

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

                                  /s/ Donald R. Ware