### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEWALCH TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No.<br><br>4:04-CV-40219 (FDS) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of this firm and the undersigned on behalf of Defendant, Dewalch Technologies, in the above captioned matter.

Dated:  September 14, 2007

                                          FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.

                                       By:   /s/Denise W. DeFranco
                                           Denise W. DeFranco, BBO# 558859
                                           55 Cambridge Parkway
                                           Cambridge, MA 02142
                                           Telephone: (617) 452-1600
                                           Facsimile:   (617) 452-1666

                                           *Defendant Dewalch Technologies, Inc.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 14, 2007.

/s/ Denise W. DeFranco
Denise W. DeFranco