IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORPORATION, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 04-40219 (FDS) |
| DEWALCH TECHNOLOGIES, INC., | | |
| Defendant. | | |

### NOTICE OF WITHDRAWAL OF DONALD R. WARE AND DAVID E. COLE AS COUNSEL FOR DEFENDANT DEWALCH TECHNOLOGIES, INC.

Notice is hereby given of the withdrawal of Donald R. Ware and David E. Cole of Foley Hoag LLP as counsel for Defendant DeWalch Technologies, Inc. ("DeWalch") in the above-captioned matter. The other undersigned attorneys will continue as counsel for DeWalch.

Dated: October 9, 2007

Respectfully submitted,

DEWALCH TECHNOLOGIES, INC.

By its attorneys,

/s/ David E. Cole
Donald R. Ware  (BBO #516260)
David E. Cole (BBO #658705)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Denise W. DeFranco (BBO #558859)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600

Peter E. Mims (*pro hac vice*)
John R. Edmonds (*pro hac vice*)
David K. Wooten (*pro hac vice*)
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
(713) 758-2732

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

      /s/ David E. Cole