UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Annu Tite Corp_

v.   Case No. _04-40219_

_De Walch_

RECEIPT

Received of the Clerk, U.S. District Court, the following documents and/or exhibits
in the above-entitled case:

#2, 3, 4, 6, 7, 8

Name: _[signature]_

Address: _Barthic & Connors LLP_
_225 Franklin St, Boston_

Telephone: _617 426 9180_

Date: _10/11/07_