IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORPORATION, | § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | | |
| Defendant | | |

## DEFENDANT DEWALCH'S MOTION TO CONTINUE DISCOVERY AND EXTEND PRETRIAL CONFERENCE

Defendant DeWalch respectfully submits this Motion to Continue Discovery and Extend Pretrial Conference. In accordance with Local Rule 7.1(2), counsel has conferred with opposing counsel, who opposes this Motion. In support of this Motion, DeWalch also submits herewith its Memorandum in Support of its Motion to Continue Discovery and Extend Pretrial Conference. For the reasons set forth in that Memorandum, Defendant DeWalch respectfully requests that this Motion to Continue Discovery and Extend Pretrial Conference be granted. A proposed order is attached.

Respectfully Submitted,

Dated: October 17, 2007

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO 558859)
E-mail: denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Phone: (617) 452-1600
Facsimile: (617) 452-1666

Peter Mims (Texas Bar No. 14173275)
Admitted *pro hac vice*
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Phone: 713.758.2732
Facsimile: 713.651.5703

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: October 17, 2007                     /s/ Denise W. DeFranco
                                            Denise W. DeFranco (BBO 558859)
                                            E-mail: denise.defranco@finnegan.com
                                            FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.
                                            55 Cambridge Parkway
                                            Cambridge, MA 02142
                                            Phone: (617) 452-1600
                                            Facsimile: (617) 452-1666