UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INNER-TITE CORPORATION,　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　Plaintiff　　　　　　§
　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　§　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　§　　　　　04-40219-FDS
DEWALCH TECHNOLOGIES, INC.,　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　Defendant　　　　　　§
　　　　　　　　　　　　　　　　　§

## [PROPOSED] ORDER GRANTING DEFENDANT DEWALCH'S MOTION TO CONTINUE DISCOVERY AND EXTEND PRETRIAL CONFERENCE

The Court having considered Defendant DeWalch's Motion to Continue Discovery and Extend Pretrial Conference, and good cause having been shown, it is hereby ORDERED that the Motion to Continue Discovery and Extend Pretrial Conference is GRANTED; and it is further ORDERED that discovery in the above-entitled action is continued and must be completed by November 30, 2007. Pretrial Conference is set thereafter on _____ at

_____.

**So Ordered.**

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　United States District Judge