UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INNER-TITE CORP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04 40219 FDS |
| DEWALCH TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO EXCLUDE FROM TRIAL**

**DEFENDANT'S PATENT AND FILE HISTORY THEREOF**

**AND ALL REFERENCES THERETO**


For the reasons stated in the accompanying memorandum of law, plaintiff, Inner -

Tite Corp. requests that the court grant this motion under Fed.R.Civ.P., Rule 37(c)(1) to

exclude from trial defendant's patent and file history thereof, as well as any and all

references thereto.


Pursuant to Local Rule 7.1(a)(2), concurrence in the present motion has been

sought but not obtained.


Attached hereto is a proposed Order granting this motion to exclude from trial

defendant's patent as well as any and all references to the patent or file history at trial.

In support of this motion, plaintiff submits a memorandum of law.  For the

reasons stated in the accompanying memorandum of law, plaintiff respectfully requests

that this court grant this motion to exclude from trail defendant's patent and file history

thereof, as well as all references to the patent or file history thereof.


Respectfully submitted,

Inner-Tite Corp.

By Plaintiff's attorneys,


__/s/ William E. Hilton_____

Dated: October 23, 2007

Maurice E. Gauthier, BBO# 187340
William E. Hilton, BBO# 559515
Gauthier & Connors, LLP
225 Franklin Street, Suite 2300
Boston, Massachusetts  02110
(617) 426 - 9180   Ext. 111


CERTIFICATE OF SERVICE
I hereby certify that this document filed through the ECF system will be sent electronically to the registered
participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons
indicated as non-registered participants on October 23, 2007 by First Class Mail.

_____/s/William E. Hilton_____
William E. Hilton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 04 40219 FDS |
| DEWALCH TECHNOLOGIES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER EXCLUDING FROM TRIAL**

**DEFENDANT'S PATENT, FILE HISTORY THEREOF,**

**AND ALL REFERENCES THERETO**

Having considered plaintiff's Motion to Exclude From Trial Defendant's Patent

(US 7,176,376), the File History Thereof, and All References Thereto, it is hereby

ORDERED that the Motion to Exclude From Trial Defendant's Patent and All

References Thereto be GRANTED.

So Ordered.

Date: _____, 2007          _____

                                  F. Dennis Saylor, IV

                                  United States District Judge