IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORPORATION, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § | |
| Defendant | § § | |

## DEFENDANT DEWALCH'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO CONTINUE DISCOVERY AND EXTEND PRETRIAL CONFERENCE

In accordance with Local Rule 7.1(b)(3), Defendant DeWalch respectfully submits this Motion for Leave to File a Reply in Support of its Motion to Continue Discovery and Extend Pretrial Conference. In accordance with Local Rule 7.1(a)(2), counsel has conferred with opposing counsel, who does not oppose this Motion.

A proposed order is attached.

                                                                                     Respectfully Submitted,

Dated: October 25, 2007                                                /s/ Denise W. DeFranco
                                                                         Denise W. DeFranco (BBO 558859)
                                                                         E-mail: denise.defranco@finnegan.com
                                                                         FINNEGAN, HENDERSON, FARABOW,
                                                                         GARRETT & DUNNER, L.L.P.
                                                                         55 Cambridge Parkway
                                                                         Cambridge, MA 02142
                                                                         Phone: (617) 452-1600
                                                                         Facsimile: (617) 452-1666

                                                                         Peter Mims (Texas Bar No. 14173275)
                                                                         Admitted *pro hac vice*
                                                                         VINSON & ELKINS, LLP
                                                                         2300 First City Tower
                                                                         1001 Fannin Street
                                                                         Houston, Texas 77002-6760
                                                                         Phone: 713.758.2732
                                                                         Facsimile: 713.651.5703

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: October 25, 2007              /s/ Denise W. DeFranco
                    Denise W. DeFranco (BBO 558859)
                    E-mail: denise.defranco@finnegan.com
                    FINNEGAN, HENDERSON, FARABOW,
                    GARRETT & DUNNER, L.L.P.
                    55 Cambridge Parkway
                    Cambridge, MA 02142
                    Phone: (617) 452-1600
                    Facsimile: (617) 452-1666