UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORPORATION, | § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | | |
| Defendant | | |

# [PROPOSED] ORDER GRANTING DEFENDANT DEWALCH'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO CONTINUE DISCOVERY AND EXTEND PRETRIAL CONFERENCE

The Court having considered Defendant DeWalch's Motion for Leave to File a Reply in Support of its Motion to Continue Discovery and Extend Pretrial Conference, and good cause having been shown, it is hereby ORDERED that the Motion for Leave is GRANTED; and it is further ORDERED that DeWalch's Reply must be filed by October __, 2007.

**So Ordered.**

Dated: _____                             _____
                                                F. Dennis Saylor IV
                                                United States District Judge