UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INNER-TITE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 04-40219-FDS |
| ) | |
| DEWALCH TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER ON MOTION TO CONTINUE
DISCOVERY AND EXTEND PRETRIAL CONFERENCE

**SAYLOR, J.**

Defendant DeWalch Technologies, Inc., has moved to continue fact discovery in this case and to "extend" the pretrial conference, presently scheduled for October 31, 2007. Upon review of the papers, the motion is GRANTED. Discovery is reopened to the following limited extent:

1. Defendant may request production of computer files and other documents related to the creation of the so-called "Rafferty Drawings" on or before November 1, 2007;

2. Plaintiff shall respond to any such request on or before November 15, 2007;

3. Defendant may depose Robert E. Rafferty and John E. Stachowiak, Jr., on or before November 30, 2007;

4. The pretrial conference is rescheduled to December 11, 2007, at 2:30 p.m, in Courtroom 22 of the Boston federal courthouse.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: October 29, 2007                         United States District Judge