IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., § § Plaintiff § § v. § § DEWALCH TECHNOLOGIES, INC., § § Defendant § § | | Civil Action No. 04-40219-FDS |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
ASSENTED-TO MOTION TO SEAL DOCUMENTS**

Having considered Defendant DeWalch Technologies, Inc.'s Assented-to Motion to Seal Documents in Support of its Motion to Reconsider the Court's Memorandum and Order on Cross-Motions for Summary Judgment and to Strike Affidavits, this Court orders as follows:

DeWalch is granted leave to file the following documents under seal pursuant to the Parties' Stipulated Protective Order:

DEFENDANT DEWALCH'S MEMORANDUM IN SUPPORT OF ITS MOTION TO RECONSIDER THE COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS

**SO ORDERED**

DATED: _____                         _____
                                          District Judge F. Dennis Saylor