**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| INNER-TITE CORP., | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § | |
| Defendant | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER THE COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS**

Having considered Defendant DeWalch Technologies, Inc.'s Motion to Reconsider the Court's Memorandum and Order on Cross-Motions for Summary Judgment and to Strike Affidavits, this Court orders as follows:

(1)     Defendant's Motion for Summary Judgment of Non-Infringement filed on May 19, 2006, Dkt. No. 38, is hereby granted; and

(2)     Defendant's Motion to Strike filed on June 16, 2006, Dkt. No. 44, is hereby granted.

**SO ORDERED**

DATED: _____                                    _____
                                                                                District Judge F. Dennis Saylor