IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § | |
| Defendant | § § | |

REQUEST FOR ORAL ARGUMENT

**DEFENDANT DEWALCH'S REQUEST FOR ORAL
ARGUMENT ON ITS MOTION TO RECONSIDER THE COURT'S
MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR
<u>SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS</u>**

Pursuant to L.R. 7.1(d), Defendant DeWalch Technologies, Inc. hereby requests oral argument on its Motion to Reconsider the Court's Memorandum and Order on Cross-Motions for Summary Judgment and to Strike Affidavits.

Dated: December 5, 2007								Respectfully Submitted,


   /s/ Denise W. DeFranco
Denise W. DeFranco (BBO 558859)
E-mail: denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Phone: (617) 452-1600
Facsimile: (617) 452-1666

Peter Mims (Texas Bar No. 14173275)
Admitted *pro hac vice*
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Phone: 713.758.2732
Facsimile: 713.651.5703

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: December 5, 2007                         /s/ Denise W. DeFranco
                                                             Denise W. DeFranco (BBO 558859)
                                                             E-mail: denise.defranco@finnegan.com
                                                             FINNEGAN, HENDERSON, FARABOW,
                                                             GARRETT & DUNNER, L.L.P.
                                                             55 Cambridge Parkway
                                                             Cambridge, MA 02142
                                                             Phone: (617) 452-1600
                                                             Facsimile: (617) 452-1666