# EXHIBIT 4
## (part II of II)

TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO
RECONSIDER THE DECISION
DENYING SUMMARY JUDGMENT
AND TO STRIKE THE AFFIDAVITS

FILED DECEMBER 14, 2007

IN

04-40219 FDS

1—10:51   Page 64

[1] A: And your definition of compression is — state
[2] that again.
[3] Q: (By Mr. Hilton) I'll move on.
[4]    So, maybe let's introduce another exhibit.
[5] Might help.
[6]    MR. HILTON: What are we now? We're at
[7] eighty — 89. That's right. That was 88.
[8]    MR. MIMS: What was 88?
[9]    MR. HILTON: This.
[10]    (Exhibit TX-89 marked)
[11]    Q: (By Mr. Hilton) Have you seen this document
[12] before? Oh, you don't have it yet. Sorry. Oh, there
[13] it is.
[14]    A: No, I have not.
[15]    Q: This is a declaration that was also filed in
[16] this case by Mr. Binz DeWalch. I'd like to direct your
[17] attention to page 3 which shows a photograph that I
[18] don't think was included in the set this morning, but
[19] it's similar, I suppose.
[20]    I'm going to read the last sentence on
[21] this page and ask you if you understand what it — what
[22] it means.
[23]    A: Uh-huh. Sure.
[24]    Q: "Because the clamping member moves outside the
[25] first and second flanges, it contacts the side wall

1—10:53   Page 65

[1] outside the width of the first flange, thereby acting in
[2] concert with the first flange to place the side wall in
[3] sheer and bending rather than compression."
[4]    Do you have an understanding of what is
[5] meant by that?
[6]    A: Uh-huh.
[7]    Q: And do you have an understanding of what is
[8] meant by compression here in this context?
[9]    A: The way you're defining it, I'm a little
[10] confused.
[11]    Q: Well —
[12]    A: The way I define it is a little bit different.
[13]    Q: Okay. Let's — let me — let me hear the way
[14] you would define it, then, if you don't understand.
[15]    A: I would — two directly opposing forces
[16] trapping an object between, imparting a force and thus
[17] putting the pressure on.
[18]    Q: So, as I understand, then, non-directly
[19] opposing forces are not compression under your
[20] definition.
[21]    A: On these offset forces, I would not define it
[22] as compression.
[23]    Q: Okay. I understand.
[24]    If we — let's return to another exhibit
[25] that was entered earlier, and it is TX-32. It's this

1—10:55   Page 66

[1] (indicates).
[2]    A: Okay.
[3]    Q: That makes it easier.
[4]    A: All right. That one sheet.
[5]    Q: Yes.
[6]    A: Okay.
[7]    Q: Do you see a space that is colored in orange?
[8]    A: I do.
[9]    Q: Is this space three dimensional?
[10]    A: Not on the — not on the drawing.
[11]    Q: I don't understand your answer.
[12]    MR. MIMS: It's a two-dimensional —
[13]    Q: (By Mr. Hilton) I'm not asking —
[14]    MR. MIMS: — drawing.
[15]    A: The drawing is two dimensional.
[16]    Q: (By Mr. Hilton) — if the drawing is two
[17] dimensional.
[18]    A: Okay.
[19]    Q: I understand that the drawing is two
[20] dimensional. Do you understand that this represents a
[21] three-dimensional object?
[22]    A: I do.
[23]    Q: In isometric view?
[24]    A: I do.
[25]    Q: Is the orange space represented to be three

1—10:56   Page 67

[1] dimensional?
[2]    A: It is.
[3]    Q: Thank you.
[4]    That drawing — I'd hoped to avoid another
[5] exhibit; but, unfortunately, I do need to do that.
[6]    (Exhibit TX-90 marked)
[7]    Q: Have you seen this document before? You don't
[8] have — you have the —
[9]    A: I do.
[10]    Q: Have you seen this document before?
[11]    A: No.
[12]    Q: And this is now 80 — this is 90. Is that
[13] right?
[14]    A: That's right.
[15]    Q: Thank you. Thank you.
[16]    I want to direct your attention to page 8.
[17] This is also a declaration that was filed by Binz
[18] DeWalch in this case.
[19]    A: Okay.
[20]    MR. MIMS: Page 8?
[21]    MR. HILTON: Yes.
[22]    MR. MIMS: Thank you.
[23]    Q: (By Mr. Hilton) I'm going to read Paragraph 12
[24] on this page. Referring to Drawing No. 601051, which is
[25] part of Exhibit 8 and is — the exhibits are not

1—10:57                                                     Page 68

[1] attached to this, by the way, for convenience of all —
[2] and is a drawing for the bracket used in both ProLock
[3] Products:
[4]     "The wedge-shaped space can be seen by
[5] drawing a line from the bottom end of the first flange
[6] of the mounting bracket, which can be identified by the
[7] 0.385 inches dimension, to the bottom end of the second
[8] flange, which can be identified by the 1.040 inches
[9] dimension."
[10]    Do you see that paragraph?
[11]    A: I see it, yes.
[12]    Q: All right. I have those drawings, and I'm
[13] going to pull them out. I want to ask first on page 5
[14] of this exhibit that we're looking at, if you flip back,
[15] there's a color picture that I believe is a copy of what
[16] was entered as TX-32.
[17]    A: Uh-huh.
[18]    Q: Do you see in — I guess it's purple in the
[19] affidavit, in the declaration. In Exhibit — in
[20] Exhibit TX-90 we have what appears to be a blue color
[21] and a purple color. Do you see that?
[22]    Are you color blind? Let's make sure that
[23] we're not looking at —
[24]    A: No.
[25]    Q: — that view.

1—10:59                                                     Page 69

[1]     A: No —
[2]     Q: That you're aware of?
[3]     A: — not that I'm aware of.
[4]     Q: Okay. Thank you.
[5]     A: It's not —
[6]     Q: Okay. Do you see a blue color and a purple
[7] color?
[8]     A: I do.
[9]     Q: The third flange is colored blue, I believe,
[10] and the second flange is colored purple?
[11]    A: Yes.
[12]    Q: Do you have an understanding of how this
[13] element works in the Inner-Tite product?
[14]    MR. MIMS: Objection, vague.
[15]    MR. HILTON: Okay. I'll —
[16]    MR. MIMS: What element you mean?
[17]    MR. HILTON: Yeah, that's fine.
[18]    Q: (By Mr. Hilton) Referring to another exhibit,
[19] let's pull Rafferty's — let's pull TX-1, which has
[20] already been entered, fortunately. Can you find TX-1?
[21]    A: I think so.
[22]    Q: Is it this guy? No. There you go.
[23]    A: TX-1.
[24]    Q: It is the Inner-Tite patent, if that helps.
[25]    A: Okay. I have it.

1—11:00                                                     Page 70

[1]     Q: Okay. Could you turn, please, to the third
[2] drawing page, which is called Sheet 3 of 3. It has
[3] Inner-Tite No. 00146 on it.
[4]     Yeah, that's —
[5]     MR. MIMS: You're referring to the Bates
[6] number on the bottom?
[7]     MR. HILTON: Yes, I am.
[8]     Q: (By Mr. Hilton) That's the page, yes.
[9]     A: Okay. Figure 3? Okay.
[10]    Q: It's my understanding that the pictures that
[11] were — that color was added to were taken from this
[12] page. Do you see Element 28 which, I believe, is a
[13] bracket on this page?
[14]    A: I do.
[15]    Q: Do you have an understanding of how the jaw,
[16] which is what it's called in this patent and marked
[17] Item 38, attaches to the bracket?
[18]    A: I do.
[19]    Q: How does it attach to the bracket?
[20]    MR. MIMS: And you're asking him based on
[21] the patent or based on the product?
[22]    MR. HILTON: Based on the patent.
[23]    MR. MIMS: Okay. Do you understand the
[24] question?
[25]    A: Based on the patent, I haven't had time to read

1—11:01                                                     Page 71

[1] the —
[2]     Q: (By Mr. Hilton) Oh, I see.
[3]     A: — patent fully. I don't know how else to call
[4] that.
[5]     MR. MIMS: I just want to make sure the
[6] record's clear what you're asking him.
[7]     MR. HILTON: Okay. That's — that's fair.
[8]     We can ref- — the product's been entered. Sure.
[9]     MR. MIMS: I was just going to —
[10]    MR. HILTON: TX — yeah. TX-8-B. Is that
[11] what that is, 8-B, or 86?
[12]    MR. MIMS: Eighty-six.
[13]    MR. HILTON: Eighty-six. Sorry.
[14]    Q: (By Mr. Mims) This is a sample of the
[15] Inner-Tite product. And my question is: Do you have an
[16] understanding of how the bracket of the Inner-Tite
[17] product is attached to the jaw or clamping member which
[18] is this portion here that contacts the inside of the
[19] wall? Do you — do you have an understanding of how
[20] they're attached?
[21]    A: I do.
[22]    Q: What is that understanding?
[23]    A: That they are attached with these tabs right
[24] here on the sides.
[25]    Q: I see. And what do the tabs — how do the tabs

1—11:02                                                         Page 72

[1] attach to the bracket?
[2]   A: Oh, the tabs — looks like they have a little
[3] protruding section here on the end of the tab —
[4]   Q: Right.
[5]   A: — that prevent — prevents the — this
[6] clamping member, if you will, from being removed from
[7] the — from the bracket.
[8]   MR. MIMS: You were — this is all
[9] testimony on the jaw? He's testifying —
[10]  MR. HILTON: The jaw and the bracket, how
[11] they attach to one another.
[12]  MR. MIMS: By tab. So, you mean the jaw?
[13]  THE WITNESS: Yes. The tabs are on this
[14] member which I —
[15]  Q: (By Mr. Hilton) The tabs are —
[16]  THE WITNESS: — called the jaw.
[17]  Q: (By Mr. Hilton) The tabs are part of a jaw?
[18]  A: Correct.
[19]  MR. MIMS: Thank you.
[20]  Q: (By Mr. Hilton) All right. And do they attach
[21] to notches on the second flange?
[22]  A: They do.
[23]  Q: All right. And are those notches part of that
[24] orange space?
[25]  A: Orange —

1—11:03                                                         Page 73

[1]   Q: The orange space shown in the TX-90 and also
[2] shown in TX-32.
[3]   MR. MIMS: How can — you're saying the
[4] not- — the — the empty space?
[5]   MR. HILTON: I'd like the witness to
[6] answer the question.
[7]   Q: (By Mr. Hilton) Are the notches part of the
[8] orange space?
[9]   A: No, they're not.
[10]  Q: They're not. How are they not part of it?
[11] Well, are the edges that define the notches part of the
[12] or- — part of the second flange that defines the orange
[13] space?
[14]  A: Yes, they are.
[15]  Q: Now get to what I wanted to — oh, on — on
[16] page 8 I read Paragraph 12.
[17]  A: Which diagram are you referring?
[18]  Q: I'm sorry. Page 8 of TX-90. Sorry for the
[19] jumping around there. I was trying to avoid using an
[20] exhibit to copy.
[21]  A: That's TX-1.
[22]  Q: So, TX-90 is the —
[23]  A: Okay.
[24]  Q: — third declaration; and on page 8, I read a
[25] paragraph earlier regarding Drawing 601051, which

1—11:04                                                         Page 74

[1] identified two dimensions, 0.385 inches and a 1.040
[2] inches dimension.
[3]   A: Uh-huh.
[4]   Q: If you like, I can reread the paragraph to you.
[5]   A: Sure.
[6]   Q: Sure. "Referring to Drawing 10 — 601051,
[7] which is part of Exhibit-8 and is a drawing for the
[8] bracket used in both ProLock products, the wedge-shaped
[9] space can be seen by drawing a line from the bottom end
[10] of first flange of the mounting bracket, which can be
[11] identified by the 0.385 inches dimension, to the bottom
[12] end of the second flange, which can be identified by the
[13] 1.040 inches dimension."
[14]  A: Yes.
[15]  MR. HILTON: I'd like to enter another
[16] exhibit. Exhibit 91. Is that right?
[17]  THE REPORTER: Yes.
[18]  MR. MIMS: All these sheets are?
[19]  MR. HILTON: Yes.
[20]    (Exhibit TX-91 marked)
[21]  THE WITNESS: I'm sorry. I just want to
[22] refer back to the document that defines the flanges
[23] again.
[24]  MR. HILTON: That's fine. Take your time.
[25]  THE WITNESS: Okay.

1—11:06                                                         Page 75

[1]   MR. HILTON: Keeping the terminology
[2] straight is not....
[3]   THE WITNESS: Okay. It's on the bottom.
[4]   Q: (By Mr. Hilton) Okay. Now, this — this
[5] Exhibit TX-91 that's just been marked, it includes six
[6] pages, if I'm not mistaken. Have you ever seen any of
[7] these pages before?
[8]   A: I don't recall. I may have.
[9]   Q: Okay. On the third page into the document, if
[10] you turn to page 3 of this document — that's it.
[11]  A: Uh-huh.
[12]  Q: The Paragraph 12 that I read from the
[13] declaration referenced Drawing No. 601051.
[14]  A: Uh-huh.
[15]  Q: I believe that this is the drawing that's being
[16] referenced. Do you have any reason to doubt that?
[17]  A: It looks like it is, yes.
[18]  Q: Can you find on this Drawing 601051 the two
[19] dimensions referenced in the Paragraph 12 that I just
[20] read?
[21]  A: Yes. The .385 dimension is right here.
[22]  Q: Okay.
[23]  A: And the —
[24]  Q: Could you — could you circle it on yours?
[25] Here —

```
                    1—11:07              Page 76
[1]   A: Sure.
[2]   Q: — use this. Sorry. Write, too.
[3]   A: (Complies). Okay. And the 1.040 is right
[4] here.
[5]   Q: Okay. I even have colors. I have some colored
[6] highlighters; and I want to ask you if you could for me,
[7] please, highlight in first the green the portion of the
[8] bracket in — let's do the central drawing, which is
[9] this one here in the center of the page.
[10]  A: Okay.
[11]  Q: High — I'm going to ask you to highlight in
[12] green the portion of this bracket that is associated
[13] with this 0.385 dimension. Do you think you can do
[14] that?
[15]  A: Yes. (Complies).
[16]  Q: And I'm going to ask you to highlight in blue
[17] the portion of the drawing in the center of the page of
[18] the bracket that is associated with the 1.040 dimension.
[19]  A: (Complies).
[20]  Q: Could you also highlight those same areas on
[21] the drawing of the bracket shown to the right of the
[22] center, this one here (indicates)? Do you think you'd
[23] be able to do that?
[24]  A: Uh-huh.
[25]  Q: Okay. Could you do that, please?
```

```
                    1—11:09              Page 77
[1]   MR. MIMS: Okay. Which drawing from
[2] there? To the right?
[3]   MR. HILTON: To the right of the center.
[4]   A: Okay. Which areas do you want me to —
[5]   Q: (By Mr. Hilton) The same two areas that you've
[6] identified, if you can.
[7]   MR. MIMS: Objection, vague.
[8]   MR. HILTON: I'm asking —
[9]   MR. MIMS: It's a different view.
[10]  MR. HILTON: I'm asking if he can.
[11]  Q: (By Mr. Hilton) Do you understand this —
[12]  MR. MIMS: Well, objection, vague.
[13]  Q: (By Mr. Hilton) Do you understand this to be an
[14] engineering drawing that shows a top view above the
[15] center?
[16]  A: I do.
[17]  Q: And that shows a bottom view below the center?
[18]  A: Uh-huh. Yes.
[19]  Q: And a left-side view on the left of center?
[20]  A: Uh-huh.
[21]  Q: And a right-side view on the right of center?
[22]  A: I do.
[23]  Q: Can you identify portions of the drawings, for
[24] example, on the right-side view that are associated
[25] with....
```

```
                    1—11:10              Page 78
[1]   A: Which areas —
[2]   Q: — the portions of the bracket —
[3]   A: — would you like me to define?
[4]   Q: Sorry.
[5]   A: All the areas, define the....
[6]   Q: No. I'm asking if you can — if you can
[7] identify on the drawing on the right the portions of the
[8] bracket that have the dimensions 1.040 and the dimension
[9] 0.385 that you've colored in blue and green. Can you do
[10] that?
[11]  MR. MIMS: Objection, vague.
[12]  MR. HILTON: It's a yes or no question.
[13]  MR. MIMS: Stated my objection.
[14]  A: The areas — okay. The areas that it defines,
[15] all the — define which areas — I'm thinking of areas
[16] in volumes and everything.
[17]  Q: (By Mr. Hilton) Sure.
[18]  A: Define what you're —
[19]  Q: I understand — I understand that the drawing
[20] in the center is two dimensional and the drawing to the
[21] right is — is not. It's an isometric view. I'm asking
[22] if you can highlight in green first — can you highlight
[23] in green —
[24]  A: Sure.
[25]  Q: — the portion of the bracket shown on the
```

```
                    1—11:11              Page 79
[1] drawing on the right that has the dimension of 0.385?
[2]   A: Yes. Yes, I —
[3]   MR. MIMS: The vertical dimension?
[4]   MR. HILTON: Right.
[5]   A: Yes.
[6]   MR. MIMS: Objection, vague.
[7]   A: (Complies). Okay.
[8]   MR. MIMS: May I see —
[9]   Q: (By Mr. Hilton) Can you —
[10]  MR. MIMS: — the drawing just so — I
[11] can't see it from here. I just want to see —
[12]  MR. HILTON: Sure.
[13]  MR. MIMS: — what he marked.
[14]  Q: (By Mr. Hilton) Can you highlight for me,
[15] please, in blue the portion of the bracket shown in the
[16] drawing on the right that has the dimension 1.040 that
[17] you highlighted a side view of in the center?
[18]  A: Yeah.
[19]  MR. MIMS: Objection, vague.
[20]  A: (Complies).
[21]  Q: (By Mr. Hilton) Okay. Thank you.
[22]  A: Uh-huh.
[23]  Q: I'd like to move on to the patent, if we can,
[24] which is another exhibit. Let me make sure that I don't
[25] have — oh, let me — oh, actually, one other — one
```

1—11:13                                              Page 80

[1] other thing. One other thing I want to ask about with
[2] respect to TX-88. This is the top view of the side wall
[3] with the first flange being opposed by the side panels.
[4]     A: Uh-huh.
[5]     Q: Is that cor- —
[6]     A: That's right.
[7]     Q: If I recall.
[8]        I noticed there's a difference — a
[9] distance shown between where the first panel would
[10] end — first — a panel would end and the first flange
[11] begins. Is there a space between those two on opposite
[12] sides of the wall?
[13]       I don't know if you understand my
[14] question.
[15]    MR. MIMS: Objection, vague.
[16]    A: Can you be a little more specific?
[17]    Q: (By Mr. Hilton) Happy — happy to. I
[18] understand it's your testimony that the side edges —
[19] the — what do we call this edge? The side edge? Is
[20] that okay? The edge of the side panel that faces the
[21] wall, do you want to call that a side edge?
[22]    A: The face of the —
[23]    Q: The face. Okay. The face of the side panel.
[24] I understand that the faces of the side panel do not
[25] directly oppose the first flange. Is that correct?

1—11:14                                              Page 81

[1]     A: That's correct.
[2]     Q: Do you know how far in this dimension they are
[3] away from that edge by, or can you determine how far
[4] they are away from that edge in the drawing that we were
[5] just looking at, which is page 3 of Exhibit TX-91?
[6]        I'll restate it again if you wish.
[7]    MR. MIMS: Objection, vague.
[8]    A: From — from this drawing here?
[9]    Q: (By Mr. Hilton) Not from that drawing solely.
[10] From that drawing and the one before it, which is page 2
[11] of this exhibit. If we turn — let me break it down.
[12]       If we turn to page 2 of this exhibit,
[13] which is — has the Drawing No. 601049-1 clamping
[14] member, do you see that?
[15]    A: Uh-huh.
[16]    Q: Do you see in the center of the page of page 2
[17] there is a reference to 1.490?
[18]    A: I see it.
[19]    Q: I believe that's inches. These are all inches.
[20]    A: Uh-huh.
[21]    Q: Is that right?
[22]    A: Correct.
[23]    Q: Do you under —
[24]    MR. MIMS: Which page are you on?
[25]    MR. HILTON: I'm on page 249, 601049-1.

1—11:15                                              Page 82

[1]     Q: (By Mr. Hilton) Do you understand that to be
[2] the inner dimension of the clamping member?
[3]     A: I do.
[4]     Q: If we then turn to page 3 of this exhibit,
[5] which is 601051, the bracket that we were just looking
[6] at —
[7]     A: Uh-huh.
[8]     Q: — do you see a dimension that — on the left
[9] side that is 1.430?
[10]    A: I see it.
[11]    Q: Is that the dimension of this portion of the
[12] first flange that's shown with the forces B?
[13]    A: Yes, it is.
[14]    Q: So, if we take the difference between 1.490 and
[15] 1.430, we get 60 thousandths of an inch. Is that right?
[16]    A: That's correct.
[17]    Q: So, is it fair to say that based on these
[18] drawings, this distance between where the face of the
[19] side panel ends and the first flange starts, on each
[20] side is about 3 thousandths of an inch?
[21]    A: Three thousandths?
[22]    Q: Thir- — 30 thousandths of an inch? Is it 30?
[23] Yes, 30 thousandths of an inch?
[24]    A: Yes.
[25]    Q: Do you know whether or not the DeWalch ProLock

1—11:17                                              Page 83

[1] 1 product, when you were at DeWalch, was intended to be
[2] designed in accordance with these drawings?
[3]     A: Yes.
[4]     Q: Was it, then, designed in accordance with these
[5] drawings?
[6]     A: I believe so. I don't have the original
[7] drawings in front of me, but this — this looks — from
[8] what I remember, yes.
[9]     Q: These look like the original drawings that you
[10] recall?
[11]    A: (Witness nods head).
[12]    Q: Do you know whether the — when you were at
[13] DeWalch, the ProLock 2 products were designed and
[14] manufactured in accordance with these drawings?
[15]       Take your time. There are drawings in
[16] here of the bracket for the ProLock 2 product — I mean
[17] the jaw, the clamping member for the ProLock 2 member.
[18] Actually, let me scratch — let me stop that.
[19]       Were you at DeWalch when the ProLock 2
[20] product was designed?
[21]    A: Yes.
[22]    Q: Do you know whether the ProLock 2 product is
[23] being manufactured?
[24]    A: I don't know since we —
[25]    Q: Do you know whether it was being manufactured

Case 4:04-cv-40219-FDS    Document 96-7    Filed 12/14/2007    Page 7 of 17

JOHN STACHOWIAK                                                    INNER-TITE CORP. v.
November 29, 2007                                        DEWALCH TECHNOLOGIES, INC.

Page 84

[1] when you were at DeWalch?
[2] **A:** It was not being manufactured.
[3] **Q:** Are you aware of any procedures that were
[4] developed regarding how it could be manufactured?
[5] **A:** The ProLock 2?
[6] **Q:** Right.
[7] **A:** No, I'm not aware of it.
[8] **Q:** Was the ProLock 2 product sold, to your
[9] knowledge, when you were at DeWalch?
[10] **A:** No.
[11] **Q:** Now, ready to move on to the exhibit — what
[12] did I mark it as? This is John's patent, TX-A. I think
[13] it's this (indicates).
[14]    Do you recognize this document? You might
[15] not recognize the first page; but if you turn past the
[16] first page, do you recognize this document?
[17] **A:** I do.
[18] **Q:** Do you recall when you first saw this document?
[19] **A:** I don't recall when I first saw it.
[20] **Q:** Were you involved in the preparation of the
[21] patent application that was filed and eventually issued
[22] as this patent?
[23] **A:** I looked over — I read the first draft, what I
[24] remember.
[25] **Q:** Let me introduce — actually, I don't need to.

Page 85

[1] You guys already have — TX-B. TX-B — we can find that
[2] easily — is this (indicates).
[3] **A:** Okay.
[4] **Q:** If we turn to the third page of this document,
[5] it begins a....
[6] **MR. MIMS:** What Bates number are you
[7] looking at?
[8] **MR. HILTON:** DEW0036.
[9] **MR. MIMS:** Okay. Thank you.
[10] **Q:** (By Mr. Hilton) And then I'll state DEW0036
[11] through 0061, all this, appears to be the patent
[12] application that was filed in connection with this
[13] patent.
[14] **A:** Okay.
[15] **Q:** Take your time. Do you — do you recognize
[16] these pages? It's not terribly — the text isn't
[17] terribly long, and that's what I'm want —
[18] **MR. MIMS:** Do you want him to read this
[19] and make —
[20] **MR. HILTON:** I don't need him to read it.
[21] I just — I'm asking if he's familiar with it.
[22] **A:** Vaguely.
[23] **MR. HILTON:** Okay. This might be a good
[24] time to stop. He needs to break the video, and might be
[25] a good time to stop.

Page 86

[1] **THE VIDEOGRAPHER:** 11:21, we're off
[2] record.
[3]    (Recess taken)
[4] **THE VIDEOGRAPHER:** This is Videotape No. 2
[5] in the deposition of John Stachowiak. The time is
[6] 11:30. We're back on record.
[7] **Q:** (By Mr. Hilton) Mr. Stachowiak, I believe you
[8] testified this morning that the forces applied by the
[9] ProLock 1 product — we'll reference that first — on
[10] the wall of the meter box result in some movement of the
[11] metal wall. Did you testify as to that?
[12] **A:** Yes.
[13] **Q:** How do you know that?
[14] **A:** Well, that's what the design was intended; and
[15] through calculation and visual inspection, like I say, I
[16] could actually see some deflection of that wall when the
[17] ProLock was placed on the box.
[18] **Q:** And I believe you testified that you tried to
[19] measure that deflection?
[20] **A:** I tried to get an exact measurement. I can't
[21] recall if it was successful.
[22] **Q:** Exhibit TX-B, which is in front of you, is, as
[23] we've mentioned, a copy of the patent application that
[24] was filed and eventually result — and the whole file
[25] history that resulted in the patent in your name, United

Page 87

[1] States Patent 7176376. Beginning on page 3 is a copy of
[2] the patent application that was filed.
[3]    Now, I believe you just testified that the
[4] design was intended to have — well, the design was
[5] intended to result in — in what, actually? I don't
[6] want to put words in your mouth. You just said the
[7] design was intended to result in bending of the wall not
[8] being straight — is that right — when the product is
[9] attached?
[10] **A:** When the product was attached, that's right.
[11] **Q:** Do you know whether that feature of the product
[12] is discussed at all in the patent application?
[13] **A:** I don't recall.
[14] **Q:** Beginning on page DEW0084, which is a Bates
[15] stamp number on the bottom — it's probably about
[16] halfway through this. This is a portion of an office
[17] action that issued from the patent office in connection
[18] with this patent application, is my understanding.
[19]    Do you recognize this document?
[20] **A:** I — I don't remember if I've seen it before.
[21] I don't recognize it.
[22] **Q:** From the page before, it appears that it was
[23] mailed on or about March of '05, from the bottom right
[24] in a handwritten note by the examiner.
[25] **A:** Okay.

1—11:35                                                           Page 88

[1]   Q: There's no mailing date on this document.
[2]   A: Okay.
[3]   Q: And I understand you left in about the summer
[4] of 2006.
[5]       In 2005, would you have reviewed an office
[6] action in a pending patent application where you're the
[7] named inventor?
[8]   MR. MIMS: Objection, foundation, vague.
[9]   A: Can you be more specific with your question?
[10]  Q: (By Mr. Hilton) Do you recall ever reviewing
[11] any office action from the patent office in connection
[12] with the patent application that resulted as —
[13]  A: I don't recall.
[14]  Q: You don't recall?
[15]  A: I don't recall.
[16]  Q: Do you recall reviewing any amendments that
[17] were filed by the applicant, DeWalch, in connection with
[18] this patent application?
[19]  A: No, I don't recall.
[20]  Q: Do you recall participating in any way in the
[21] preparation of amendments or responses to the patent
[22] office?
[23]  A: I — I don't recall what — what involvement I
[24] had. There was a — so many things that was going on, I
[25] don't recall.

1—11:36                                                           Page 89

[1]   Q: Sure. The patent in your name, T —
[2] Exhibit TX-A, appears to have issued in February of this
[3] year; and I believe you testified that you don't recall
[4] when you first saw it.
[5]   A: TX-A?
[6]   Q: That's the patent.
[7]   A: Is it this one here?
[8]   Q: Yes.
[9]   A: Okay.
[10]  Q: Have you looked at the claims of this patent?
[11]  A: I looked at them, yes.
[12]  Q: Do you have any understanding as to what's
[13] covered by this patent?
[14]  MR. MIMS: Objection, vague, calls for a
[15] legal conclusion.
[16]  Q: (By Mr. Hilton) Yes or no.
[17]  A: Some understanding, not fully understanding —
[18] not full understanding.
[19]  Q: What is your understanding?
[20]  A: Can you be more specific?
[21]  Q: Well, you said you had some understanding of
[22] what is covered by Claim 1 of this patent. Maybe we
[23] should turn to it, and I want to understand what you do
[24] understand.
[25]  MR. MIMS: Objection, mischaracterizes his

1—11:38                                                           Page 90

[1] testimony.
[2]   A: As far as the claims?
[3]   MR. MIMS: Claim 1 of this —
[4]   A: I don't have any understanding.
[5]   Q: (By Mr. Hilton) You don't have any
[6] understanding of what's covered by this claim?
[7]   A: These — I didn't have enough time to review
[8] this. I'm not an expert in patent jargon. I don't have
[9] full understanding of this, no.
[10]  MR. MIMS: Do you want him to read it, the
[11] patent? Is that what you're saying?
[12]  MR. HILTON: Would that help? I mean, if
[13] he's going to come to the same place after reading
[14] it....
[15]  MR. MIMS: Yeah, but he's not an ex —
[16] he's not a patent lawyer.
[17]  Q: (By Mr. Hilton) Did you read the patent
[18] application prior to it being filed?
[19]  A: I did.
[20]  MR. HILTON: Well, it's not long. If he
[21] could look at the text of it.
[22]  MR. MIMS: You want him to read this
[23] patent, all eight columns, and read the drawings?
[24]  MR. HILTON: Well, I'm most interested in
[25] the detailed description, which is a page and a half.

1—11:39                                                           Page 91

[1]   MR. MIMS: All I'm saying, counsel, this
[2] is not a case about what these claims mean; and we
[3] haven't had them construed. I just — it's your — your
[4] questions. I just — you know, he's not a patent
[5] lawyer. I don't know what relevance it has to what the
[6] claims mean.
[7]   Q: (By Mr. Hilton) Well, do you have any
[8] understanding of what's covered by any of the claims in
[9] this patent?
[10]  MR. MIMS: Are you asking him without
[11] reading the patent in detail?
[12]  MR. HILTON: Yeah, just — he said he has
[13] a general understanding.
[14]  Q: (By Mr. Hilton) So, do — do you have —
[15]  A: I have some understanding of portions of it.
[16]  Q: What is — what is that some understanding?
[17]  A: Okay. I understand what the clamp actuating
[18] member is.
[19]  Q: Okay. What — what is that if we look at the
[20] drawings....
[21]  MR. MIMS: If you want to review the
[22] patent —
[23]  Q: (By Mr. Hilton) — as an example?
[24]  MR. MIMS: — make sure you understand —
[25] want to make sure he understands what the drawings mean.

### Page 92
1—11:40

[1] MR. HILTON: Actually, what I'd like —
[2] I'm not interested in — in his testimony regarding the
[3] scope and content of any claim language, any claim
[4] warrant.
[5]     What I'm actually trying to identify is
[6] what examples are shown in the application that he
[7] participated in drafting —
[8]     MR. MIMS: Uh-huh.
[9]     MR. HILTON: — of what's claimed. And an
[10] example of what's in Claim 1 is not a legal conclusion
[11] regarding the scope. It's an example.
[12]     MR. MIMS: It is, because he has to read
[13] the claim to understand what the — what embodiment it
[14] covers. You're asking him to read the patent and
[15] construe the claims, counsel.
[16]     If you want to talk to him about the
[17] drawings, I just — I think the witness ought to have a
[18] chance to read what you're asking him about because he
[19] hasn't studied this patent in — I mean, since he filed
[20] the application.
[21]     I just think it's, you know — it's not
[22] what we're here about. We're here about the Rafferty
[23] patent. But maybe you can focus on —
[24]     Q: (By Mr. Hilton) Do you — do you have any
[25] understanding as to whether this — this patent covers

### Page 93
1—11:41

[1] any products of DeWalch's?
[2]     A: Yes, it covers the ProLock.
[3]     Q: What's the basis for that understanding?
[4]     A: Because on the title, "An Apparatus and Method
[5] for Securing," and there's a picture of it right there.
[6]     MR. MIMS: Counsel, I think you're going
[7] to get a layperson's bird's-eye view of this.
[8]     MR. HILTON: He's an inventor of this, and
[9] I'd like to understand what's disclosed.
[10]     Q: (By Mr. Hilton) If we look at the first — the
[11] second page of drawings, which is Sheet 2 of 5 —
[12]     A: Uh-huh. This one here?
[13]     Q: Yes. Yes.
[14]     A: Okay. 2 of 5, yes.
[15]     Q: Right. That's what it says on top.
[16]     The text of this patent references an
[17] element called clamping member 150 on column — and
[18] I'm — I'm going to ask if you can find in the drawing
[19] on Column 4 at about line 40 —
[20]     A: On which — which page is this?
[21]     Q: Column 4 is on — I don't know. They go by
[22] columns. It's a United States Patent Office tradition.
[23] So, that's Columns 1 and 2 and 3 and 4.
[24]     So, Column 4, in the middle there are
[25] numbers running every five — 5, 10, 15, et cetera. At

### Page 94
1—11:43

[1] about col- — at about line 43 of Column 4 it references
[2] a clamp actuating member.
[3]     A: Okay.
[4]     Q: And I'm asking if you can identify that in
[5] Figure 4-A?
[6]     A: Clamp actuating member —
[7]     Q: Right.
[8]     A: — in 4-A. Yes.
[9]     Q: And the patent also references a term called
[10] clamp 90 which appears a little below that in Column 4
[11] at line 51, clamp 1 — 190. Sorry.
[12]     A: Clamp 190.
[13]     Q: Right. Do you —
[14]     A: Yes, I see that.
[15]     Q: — see that?
[16]     A: See that, yes.
[17]     Q: That's what I think we've been calling the
[18] clamping member. I'm not sure. I'm trying to get my
[19] terminology straight, and that's what I want to
[20] identify.
[21]     MR. MIMS: Objection, vague.
[22]     Q: (By Mr. Hilton) The patent also references
[23] something called clamping member 70 at the top of
[24] Column 4 in the second line. Can you find —
[25]     A: Yes, I find 70.

### Page 95
1—11:44

[1]     Q: You find 70?
[2]     In Column 4 starting at line 41, there's a
[3] sentence that reads: In a specific nonlimiting
[4] embodiment, clamping member 70 is a bracket further
[5] comprising a fastening shelf having an aperture 130
[6] disposed at one end and a clamp actuating member 150 at
[7] the other end.
[8]     Do you see that sentence?
[9]     A: I see it.
[10]     Q: And take your time. My question is: In this
[11] disclosure, is the clamping member 70 just the bracket,
[12] just the — the unitary piece that may be a bracket, or
[13] does it — is it the whole product?
[14]     MR. MIMS: Objection, foundation, document
[15] speaks for itself.
[16]     Take time to read the document.
[17] I think this line of questioning is so
[18] unfair without him reading this document.
[19]     You're going to want to understand this.
[20]     MR. HILTON: I said take your time. The
[21] detailed description runs for three columns, and I'm
[22] actually — actually really only interested in Column 4
[23] through the first paragraph of Column 5.
[24]     MR. MIMS: Why don't we go off the record
[25] and let him read the record, if you're going to ask him

1—11:45     Page 96

[1] the detail, because I don't — him sitting here running
[2] tape —
[3]    MR. HILTON: With it running, I agree.
[4] That's fine. That's fine.
[5]    THE VIDEOGRAPHER: 11:45, we're off
[6] record.
[7]    (Brief recess)
[8]    THE VIDEOGRAPHER: 11:50, we're back on
[9] record.
[10]    Q: (By Mr. Hilton) Mr. Stachowiak, it's my
[11] understanding that you haven't reviewed either Exhibit
[12] TX-A or TX-B since you left DeWalch. Is that correct?
[13]    A: I reviewed it but not to — to a point where I
[14] fully understand the full scope of the patent.
[15]    Q: Did you review it in preparation for today's
[16] deposition?
[17]    A: I — I looked over it, yes, for today's
[18] deposition.
[19]    Q: Sitting here today, are you able to identify
[20] for me what is meant by certain terms in the text of the
[21] patent, such as clamp actuating member?
[22]    A: Clamp actuating member? Yes, I understand what
[23] the clamp actuating member is.
[24]    Q: Can you show me where it is?
[25]    A: Clamp actuating member is 150.

1—11:52     Page 97

[1]    MR. MIMS: What figure?
[2]    THE WITNESS: 4-A.
[3]    Q: (By Mr. Hilton) Are you able to identify for me
[4] what is the clamping member 70?
[5]    MR. MIMS: You mean what is encompassed by
[6] it?
[7]    MR. HILTON: No.
[8]    Q: (By Mr. Hilton) What's the example shown in the
[9] patent?
[10]    A: It looks like — in my opinion, it looks like
[11] the clamping member is the entire device, the first —
[12] it was 70, is the entire device.
[13]    Q: By "entire device," can you circle it on
[14] Figure 4-A of your copy?
[15]    MR. MIMS: Counsel, maybe this makes it
[16] simple. Claim 1 claims a clamping member and a lock
[17] housing. So, I think he's right, just to make this
[18] simple.
[19]    MR. HILTON: That's fine.
[20]    MR. MIMS: But you and I know that as
[21] patent lawyers.
[22]    MR. HILTON: I'm not asking him about
[23] Claim 1.
[24]    A: Okay. What do you want me to do?
[25]    Q: (By Mr. Hilton) Can you circle the clamping

1—11:54     Page 98

[1] member 70, what is meant by that term to your
[2] understanding?
[3]    MR. MIMS: I'm going to object to this
[4] question as calling for a legal conclusion and vague.
[5]    You may answer, if you can.
[6]    A: Okay. It looks like the clamping member is —
[7] in my opinion is this guy here. Okay.
[8]    MR. MIMS: Which guy are you referring to?
[9]    THE WITNESS: This (indicates).
[10]    MR. MIMS: The entire thing?
[11]    THE WITNESS: The entire thing.
[12]    MR. MIMS: Right. Okay.
[13]    Q: (By Mr. Hilton) In Column 4 on line — the
[14] sentence in lines — call it 44 to 45 — sometimes the
[15] line numbers end up in the middle — there's a sentence
[16] that reads, "A plurality of engagement members 180, 210
[17] are disposed on a body portion of the clamping member
[18] 70."
[19]    Do you have any understanding of what is
[20] meant by the term "body portion"?
[21]    MR. MIMS: Are you referring to 180 or 210
[22] or both?
[23]    MR. HILTON: I'm referring to the term
[24] "body portion."
[25]    A: I'm assuming that the body portion is this main

1—11:57     Page 99

[1] bracket as we discussed earlier.
[2]    Q: (By Mr. Hilton) Okay. Above that I'd read a
[3] sentence earlier starting about line 41 that reads, "In
[4] a specific, nonlimiting embodiment, clamping member 70
[5] is a bracket"; and it goes on.
[6]    A: Uh-huh.
[7]    MR. MIMS: Further comprising, you mean?
[8]    Q: (By Mr. Hilton) "Further comprising a fastening
[9] shelf 110, having an aperture 130 disposed at one end
[10] and a clamping member 150 at the other end."
[11]    My question is: Does it make sense to you
[12] that a clamping member 70 could be a bracket in any —
[13] in an embodiment?
[14]    MR. MIMS: Objection, misstates the record
[15] of the patent.
[16]    A: Can you repeat your question again, please?
[17]    Q: (By Mr. Hilton) Do you have any understanding
[18] as to how in an embodiment a clamping member could be a
[19] bracket?
[20]    MR. MIMS: Same objection.
[21]    A: I could see how a device — somebody would call
[22] this a bracket.
[23]    Q: (By Mr. Hilton) A multi-component part?
[24]    A: Possibly.
[25]    Q: Okay. Do I understand that you did not write

```
                1—11:59                    Page 100
```
[1] this patent application?
[2]   A: That's right.
[3]   Q: Do you have any understanding in the context of
[4] this patent application what is meant — in the context
[5] of this patent what is meant by a term "surrounding
[6] member"?
[7]   MR. MIMS: Objection, vague, calls for a
[8] legal conclusion.
[9]   A: I'm sorry? What — be more specific on what
[10] you....
[11]   Q: (By Mr. Hilton) Do you have any understanding
[12] what is meant by the term "surrounding member"? Here,
[13] I'll direct you to —
[14]   A: Yeah, if you could show me what you're talking
[15] about.
[16]   Q: Yeah. Let's — in the file history, let's turn
[17] to page that is marked DEW0118.
[18]   MR. MIMS: Do you mean 116?
[19]   MR. HILTON: 118 is actually what I'm
[20] looking at.
[21]   A: Okay.
[22]   Q: (By Mr. Hilton) It starts "Amendments to the
[23] Claims" on top. Have you seen this document before?
[24]   MR. MIMS: Objection, foundation.
[25]   A: I don't recall.

```
                1—12:00                    Page 101
```
[1]   Q: (By Mr. Hilton) You don't recall?
[2]   A: Yeah.
[3]   Q: When claims are amended, text being removed is
[4] typically stricken with a strike-through and underlined
[5] text is typically being added.
[6]   A: Okay.
[7]   Q: And I just wanted to find out if you have any
[8] understanding of — of what's meant.
[9]   MR. MIMS: Objection, foundation.
[10]   Q: (By Mr. Hilton) The paragraph in the middle of
[11] Claim 1 reads: A clamping — a clamping member wherein
[12] a clamping member further comprises a body portion, a
[13] clamp comprising a surrounding member which surrounds at
[14] least a part of said body portion, wherein said
[15] surrounding member comprises at least one engagement
[16] surface, a clamp actuating member, and a fastening shelf
[17] having a first security means.
[18]     Do you have any understanding of what is
[19] meant by the term "surrounding member" in this context?
[20]   MR. MIMS: Objection.
[21]   A: I think I do.
[22]   MR. MIMS: Objection, vague and
[23] foundation.
[24]   MR. HILTON: He has an understanding.
[25]   Q: (By Mr. Hilton) What is your understanding?

```
                1—12:01                    Page 102
```
[1]   A: My opinion is that the surrounding member is
[2] the side walls of the — there he's referring to these,
[3] okay, this member here (indicates).
[4]   Q: (By Mr. Hilton) Not the lower portion, just the
[5] side? Is that right?
[6]   MR. MIMS: I'm going to object to the
[7] question as calling for a legal conclusion, foundation,
[8] and vague.
[9]   A: Please ask your question again.
[10]   Q: (By Mr. Hilton) My question was: Does your
[11] understanding of "surrounding member" which — is that
[12] it refers to the side panels, exclude the lower portion
[13] of that —
[14]   A: No, that's not — that's not clear to me here.
[15]   Q: Okay.
[16]   MR. MIMS: By the way, same objections.
[17]   Q: (By Mr. Hilton) If we look at the patent again
[18] at the bottom of Column 4 —
[19]   A: Which — which document are we on now?
[20]   Q: Sorry.
[21]   A: Are we on A again?
[22]   Q: Yes, we're on A.
[23]   A: Okay.
[24]   Q: At the bottom of Column 4 starting at line 64,
[25] there's a paragraph and I'm going to read it and if —

```
                1—12:03                    Page 103
```
[1] it will be referencing Figure 4-B, I think, and 4-A.
[2]   MR. MIMS: 4-A, yeah.
[3]   Q: (By Mr. Hilton) Referring again to Figure 4-A:
[4] When clamp actuating member 150 is rotated about
[5] actuate — actuat-able member 180, arc surface 170
[6] contacts clamp 190 and through a cam-type action
[7] sandwiches one or both of the clamp engagement surfaces
[8] 200, 215 between the clamp actuating member 150 and a
[9] wall portion 140, thereby creating a constant engagement
[10] surface along the interface between wall portion 140 and
[11] engagement surface 200.
[12]     A lot of reference numerals in there. I
[13] apologize.
[14]     Do you see in Figure 4-A what are called
[15] here clamp engagement surfaces 200 and 215?
[16]   MR. MIMS: Objection, vague.
[17]   A: I see 200 and 215, yes.
[18]   Q: (By Mr. Hilton) Do you know whether this patent
[19] discloses — whether sandwiching either the clamp
[20] engagement surface 200 or the clamp engagement surface
[21] 215 or both is most desired?
[22]   MR. MIMS: Objection, vague.
[23]   A: Sorry. Repeat your question again.
[24]   Q: (By Mr. Hilton) Do you know whether this patent
[25] discloses that clamp — that engaging the clamp

1—12:05                                                            Page 104

[1] engagement surface 200 —
[2]   A: Uh-huh.
[3]   Q: — is most preferred or engaging clamp
[4] engagement surface 215 is most preferred or both is most
[5] preferred?
[6]   MR. MIMS: Objection, document speaks for
[7] itself, calls for speculation.
[8]   Q: (By Mr. Hilton) I'm just asking if you know.
[9]   A: I don't recall. I don't.
[10]  Q: I believe you testified that your understanding
[11] of surrounding member is these side panels of this
[12] product that I'm holding, the Jiffy Lock — I mean, the
[13] ProLock product.
[14]  A: Correct.
[15]  Q: Why do you think those — what's the basis for
[16] your understanding of that? Why do you think those are
[17] surrounding member?
[18]  MR. MIMS: Objection —
[19]  Q: (By Mr. Hilton) I'm trying to get to your
[20] understanding of what that term — your understanding of
[21] what that term means in the context of your application.
[22]  A: Well, my understanding is that — is this is
[23] called the body portion here, that this — these
[24] surround the portion of the body portion or the body
[25] member.

1—12:07                                                            Page 105

[1]   Q: If a portion of the side wall were directly
[2] opposing the first flange, would it still be a
[3] surrounding member?
[4]   A: I'm sorry. State that again.
[5]   MR. MIMS: Objection, vague and it calls
[6] for a legal conclusion.
[7]       Counsel, so it's clear on the record,
[8] you're not asking him to construe the claims?
[9]   MR. HILTON: No, I'm not. I'm trying to
[10] avoid that.
[11]  MR. MIMS: But you — you're using the
[12] term that's in the claim that, for the record, asking
[13] him to —
[14]  MR. HILTON: It's in the file history,
[15] too, but, yes. Yeah.
[16]  MR. MIMS: You're asking him his layman's
[17] interpretation of the term "surrounding," as the
[18] inventor?
[19]  MR. HILTON: I think he gave me that.
[20]  MR. MIMS: Okay. I just want to make sure
[21] we're on —
[22]  MR. HILTON: Yeah.
[23]  MR. MIMS: — we follow up what we're
[24] covering.
[25]  MR. HILTON: Right.

1—12:08                                                            Page 106

[1]   Q: (By Mr. Hilton) Do you have an understanding of
[2] how the bracket for the ProLock 1 product is made, which
[3] is the piece in the middle, how it was made — how it
[4] was made when you were at DeWalch?
[5]   A: You mean manufactured?
[6]   Q: Right.
[7]   A: Yes.
[8]   Q: Can you describe for me how it's manufactured?
[9]   A: Uh-huh. There is a progressive die that takes
[10] a piece of raw material, feeds it through — well,
[11] there's a feeder. It feeds it through the die, and the
[12] die has a number of stations to perform multiple
[13] operations to form and cut off the final bracket, its
[14] raw form.
[15]  Q: So, the raw material is a sheet of metal?
[16]  A: Yes.
[17]  Q: Wider than this, I presume? Wider than the
[18] bracket is in any dimension long?
[19]  A: Yes, I believe it is.
[20]  Q: And it's flat?
[21]  A: It's flat, yes.
[22]  Q: What is the first operation that occurs? Is it
[23] stamped?
[24]  A: I don't recall. I can't remember what the
[25] first operation is.

1—12:10                                                            Page 107

[1]   Q: What are the various operations that occur,
[2] such as stamping, bending, cutting? I don't know.
[3]   A: Well, the first operation from my — from what
[4] I remember, which is vague, it's stamped and then
[5] there's a bend that's created and then a second bend to
[6] create the three faces, as you will.
[7]   Q: And that — does that result in the finished
[8] product — I mean, the finished — the finished bracket?
[9]   A: No.
[10]  Q: What else is done to the piece?
[11]  A: There is a de-burr operation and a heat —
[12] heat-treat operation and a plating operation.
[13]  Q: So, as I understand, the elements — and I'm
[14] pointing now to the portion of this first flange that
[15] extends through this hole — that wasn't — that's not
[16] add, this portion that extends through? That was part
[17] of the original piece that was stamped out. Is that
[18] right?
[19]  A: Are we talking about the — this portion here?
[20]  Q: No. I'm talking about the portion of this
[21] first flange — the second flange that it passes through
[22] that opening here —
[23]  A: Yes.
[24]  Q: — passes through that hole?
[25]  A: Yes.

Page 108

[1] Q: That's part of the original piece that was die
[2] cut. Right?
[3] A: That's correct.
[4] Q: It wasn't added on. Okay.
[5] I mean, if we u- — and if we use the
[6] terminology of third flange, first flange, intermediate
[7] web, and second flange, this portion that passes through
[8] that hole is part of the first flange. Is that — the
[9] second — the first flange. Is that right?
[10] MR. MIMS: Objection, vague.
[11] A: This tab that sticks out is —
[12] Q: (By Mr. Hilton) Correct.
[13] A: — part of which — your question is a part of
[14] which flange?
[15] Q: Which — which of these parts —
[16] A: It would be part of the second flange.
[17] Q: Right.
[18] A: It's connected to the second flange.
[19] MR. HILTON: Okay. I have no further
[20] questions.
[21] MR. MIMS: All right. We have some
[22] questions.
[23]         FURTHER EXAMINATION
[24]              BY MR. MIMS:
[25] Q: First, earlier you testified regarding the

Page 109

[1] drawings involving forces with the — in TX-20. Do you
[2] recall your testimony on that?
[3] A: I do.
[4] Q: And the — just so it's clear on the record,
[5] when you read the declaration of Mr. DeWalch, did you
[6] see anything about him describing his indication of
[7] arrows to be the kind of drawing that you did as TX-88,
[8] which I believe you called a — a drawing of — of the
[9] forces?
[10] A: Can you — I'm sorry.
[11] Q: Yeah. In other words —
[12] A: Can you rephrase your question?
[13] Q: — Mr. DeWalch did not say in the declaration
[14] that was read to you by Mr. Hilton that he was
[15] attempting to identify the full width of the forces on
[16] the flange outside the box?
[17] A: That's right.
[18] MR. HILTON: Objection. He doesn't know
[19] what he was intending.
[20] Q: (By Mr. Mims) And, so, you described it as a
[21] generic sort of force?
[22] A: That's correct.
[23] Q: What do you mean by that?
[24] A: Well, a generic force meaning it's — to me,
[25] it's showing the basic movement of those — of those

Page 110

[1] members, the basic — basic forces, the direction of the
[2] forces, not the actual force diagram.
[3] Q: All right. Next point I wanted to cover with
[4] you is there was a fair amount of discussion with
[5] Mr. Hilton about what he called sheer and bending
[6] forces. Do you remember that?
[7] A: I do.
[8] Q: And the deflection of the wall?
[9] A: Yes.
[10] Q: I was wondering if you could take this ProLock
[11] 1, and I've inserted between it two pieces of metal.
[12] A: Uh-huh.
[13] Q: If you could lock it into place and demonstrate
[14] for the camera the deflection of those two pieces of
[15] metal when you've tightened it all the way. Can you do
[16] that, as if it were a wall, and tell me if you see any
[17] deflection?
[18] A: Is this the same thickness of the wall? Is
[19] this representative of a wall of a meter box?
[20] Q: Well, my question is, first, do you see any
[21] deflection with the metal when you tighten that in
[22] between where the wall would be?
[23] MR. HILTON: Objection.
[24] A: No, I don't.
[25] Q: (By Mr. Mims) Okay. Well, let me show you.

Page 111

[1] Let me put it in between and see if you can — if you —
[2] here. It's snapped into place.
[3] Do you see any deflection — and if you
[4] look at that straight ahead in the — in the wall — let
[5] me just point it out. If you were to hold this here,
[6] there's a bend in here rather than being straight?
[7] A: There is a bend.
[8] MR. HILTON: Objection.
[9] A: I see that.
[10] Q: (By Mr. Mims) Now, is that the kind of
[11] deflection you were describing of a metal that would be
[12] caught between these forces?
[13] A: A similar deflection, yes.
[14] Q: All right. Now, as you noted, those two rulers
[15] are thinner in — thinner metal, obviously, than a
[16] utility wall. Correct?
[17] A: That's right.
[18] Q: But the forces would act the same way or apply
[19] the same sort of way to deflect the metal wall, just in
[20] a lesser quantity?
[21] MR. HILTON: Objection.
[22] A: No, because the thickness of the wall — a
[23] thickness of the wall has everything to do with the
[24] function and the deflection that the ProLock has
[25] provided.

1—12:16  Page 112

[1] Q: (By Mr. Mims) Can you explain what you mean by
[2] that?
[3] A: Yes.
[4] Q: The deflection?
[5] A: There is — the device is designed to deflect
[6] to operate on a certain thickness of a — of a box. It
[7] needs to be — the thickness needs to remain somewhat
[8] constant in order to provide the correct clamping force.
[9]    If something that is too thin is inserted
[10] between — or in that region, it will not — it will not
[11] apply forces, if any. It just —
[12] Q: It won't clamp correctly?
[13] A: It will not clamp correctly; that's right.
[14] Q: So, for example, those two pieces of metal slip
[15] through too easily, they're not tight enough?
[16] A: That's correct.
[17] Q: All right. And, so, you designed the
[18] clearances between the — the upper faces of the
[19] clamping member and the first flange so the clearance
[20] matches the metal thickness of the wall?
[21] A: Well, the clearance doesn't match. It's
[22] slightly —
[23] Q: It's tighter?
[24] A: Well, the clearance is slightly less than the
[25] wall is wide —

1—12:17  Page 113

[1] Q: Right.
[2] A: — or thick.
[3] Q: Now, let me find the drawing. Do you have the
[4] drawing from the — can you find this drawing again
[5] that's the — from — the figure from the patent in
[6] suit?
[7] THE WITNESS: Can you guys help me out?
[8] Which —
[9] MR. HILTON: Yes.
[10] THE WITNESS: Which number?
[11] MR. MIMS: Okay. Show him the color
[12] drawing which we were talk — when you examined him.
[13] Try back in that stack there, I believe, the bottom.
[14]    Here it is.
[15] Q: (By Mr. Mims) I'm going to hand you what's been
[16] marked as TX-32. Now, earlier you testified to the
[17] manufacturing of the — of the bracket. Do you recall
[18] that testimony?
[19] A: Yes.
[20] Q: Do you see at the top there's something called
[21] web 34?
[22] A: Yes.
[23] Q: Is that the same piece of metal that forms the
[24] first and second flange when you manufacture that piece?
[25] A: When I manufacture this piece that I'm looking

1—12:19  Page 114

[1] at?
[2] Q: When you manufacture the piece of metal that
[3] has the first and the second flange —
[4] A: Okay. This piece that I'm looking at —
[5] MR. HILTON: Objection, foundation.
[6] Q: (By Mr. Mims) Okay. Do you recall the
[7] testimony where you discussed with Mr. Hilton the
[8] manufacture of the bracket?
[9] A: The DeWalch bracket, correct.
[10] Q: Yes, sir. Do you recall that?
[11] A: I do.
[12] Q: And do you recall describing to him how you
[13] took a piece of metal and you — and you pressed it and
[14] you shaped it —
[15] A: Yes.
[16] Q: — to match this piece? Do you recall that
[17] testimony?
[18] A: To match this piece?
[19] MR. HILTON: Objection.
[20] Q: (By Mr. Mims) No.
[21] A: That doesn't match this piece.
[22] Q: To match the piece that's shown on TX-29 in the
[23] middle.
[24] A: Yes, I do.
[25] Q: All right. Do you recall that you testified

1—12:19  Page 115

[1] that the tabs or the pins on the outside of that first
[2] flange were part of the same piece of metal?
[3] A: Well, I never said that the tabs are on the
[4] first flange. I said they're on the second flange.
[5] Q: Okay. Correct. In the second flange. I
[6] misspoke.
[7]    Now, my point is: Is it also correct that
[8] the web shown in TX-29 — the yellow?
[9] A: Yes.
[10] Q: You see the yellow — is also part of the same
[11] piece of metal that forms the first flange and the
[12] second flange?
[13] A: Yes, it is.
[14] Q: But those parts are named the web rather than
[15] the flange. Correct?
[16] A: Yes, they are.
[17] Q: And they serve a different function than the
[18] flanges, don't they?
[19] A: Yes, they do.
[20] Q: The webs serve to connect the flange 1 to
[21] flange 2, and flange 2 to flange 3?
[22] A: That's right.
[23] Q: Now, the tabs that you put on the second flange
[24] serve a different function than the flanges themselves,
[25] don't they?

1—12:20  Page 116

[1] MR. HILTON: Objection.
[2] Q: (By Mr. Mims) Let me — let me —
[3] A: Yeah, if you could restate your question.
[4] Q: Yeah. You — you put — when you cut out that
[5] metal, you cut it so it had tabs on the outside of the
[6] flanges. Correct?
[7] A: That's right.
[8] Q: And the function of those tabs is to serve as a
[9] means for the clamping member to rotate around —
[10] A: That's right.
[11] Q: That's right?
[12] A: That's correct.
[13] Q: So, those tabs actually serve a different
[14] function than the flange do, don't they?
[15] MR. HILTON: Objection.
[16] A: Those tabs serve — those tabs are connected to
[17] the flange. Those tab —
[18] Q: (By Mr. Mims) But they serve a different
[19] function to allow the surrounding member, if you like,
[20] or the clamping member to go around it?
[21] A: Yes.
[22] Q: And they rotate around those tabs, don't they?
[23] A: They do.
[24] Q: And, so, the clamping member, which is marked
[25] red on that exhibit, has two holes. Correct?

1—12:21  Page 117

[1] A: Yes.
[2] Q: And those two holes are there to be installed
[3] on the two tabs on the — on the bracket?
[4] A: Yes.
[5] Q: And it's those tabs that serve to take the
[6] clamping member away from the flanges so it can apply
[7] these forces we've been talking about being outside and
[8] not directly opposite?
[9] A: Correct.
[10] MR. MIMS: I have no further questions.
[11] I'll pass the witness.
[12] MR. HILTON: Just a couple on recross.
[13]              FURTHER EXAMINATION
[14]               BY MR. HILTON:
[15] Q: When the ProLock 1 product — do we have the
[16] product still here?
[17] MR. MIMS: This is —
[18] MR. HILTON: That's 2.
[19] MR. MIMS: Yeah, that's 2.
[20] MR. BAINE: It's under your paper there,
[21] Peter.
[22] MR. MIMS: Oh, I'm sorry.
[23] Q: (By Mr. Hilton) We've identified some terms
[24] which helps.
[25]    When the ProLock 1 product is attached to

1—12:22  Page 118

[1] the side wall of the meter box —
[2] A: Uh-huh.
[3] Q: — the first flange is on the outside of the
[4] box; and it's countering a force, I understand you
[5] believe, offset from the faces of the side panels.
[6] Right? Those — those two elements —
[7] A: Correct.
[8] Q: — clamp it on the wall.
[9]    What keeps the side panels from moving
[10] away? What provides the resistance to the side panels
[11] to keep that in place when clamped?
[12]    Do you understand the question? Why are
[13] the side panels —
[14] A: If you could be more specific.
[15] Q: The side panels are held against the wall?
[16] A: That's correct.
[17] Q: What's applying a force to hold them against
[18] the wall?
[19] A: What is applying a force?
[20] Q: Right.
[21] A: The lever.
[22] Q: Right. And the lev- — but the lever isn't
[23] pushing on the side walls, is it?
[24] A: No, it is not.
[25] Q: What's the lever pushing on?

1—12:23  Page 119

[1] A: Lever is pushing on the clamping member and
[2] also putting a force on the tab coming off the second
[3] flange.
[4] Q: Right. And that tab is part of the second
[5] flange?
[6] A: Yeah. It's coming off the second flange;
[7] that's right.
[8] MR. HILTON: Okay. I have no further
[9] questions.
[10] MR. MIMS: I think we're finished.
[11] MR. HILTON: Thank you very much for your
[12] time.
[13] THE VIDEOGRAPHER: 12:23, we're off
[14] record.
[15]    (Deposition concluded at 12:23 p.m.)

Page 120

[1]     CHANGES AND SIGNATURE
[2] DATE: 11/29/2007     WITNESS: JOHN STACHOWIAK
[3] PAGE LINE  CHANGE           REASON
[4]
[5]
[6]
[7]
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 121

[1]     I, JOHN STACHOWIAK, have read the foregoing
[2] deposition and hereby affix my signature that same is
[3] true and correct, except as noted above.
[4]
[5]
                    JOHN STACHOWIAK
[6]
[7] THE STATE OF _____        )
[8] COUNTY OF _____         )
[9]
[10]    Before me, _____, on this day
[11] personally appeared , known to me or proved to me on the
[12] oath of _____ or through
[13] _____ (description of identity card
[14] or other document) to be the person whose name is
[15] subscribed to the foregoing instrument and acknowledged
[16] to me that he/she executed the same for the purpose and
[17] consideration therein expressed.
[18]    Given under my hand and seal of office on this _
[19] day of _____, _____.
[20]
[21]
             NOTARY PUBLIC IN AND FOR
[22]            THE STATE OF _____
[23] My Commission Expires: _____
[24]
[25]

Page 122

[1]     IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS
[2]
INNER-TITE CORP.,                )
[3]     Plaintiff                )
[4] vs.                          ) CASE NO. 04-40219-FDS
[5] DEWALCH TECHNOLOGIES, INC.,)
        Defendant.               )
[6]
[7]     REPORTER'S CERTIFICATE
[8] ORAL VIDEOTAPED DEPOSITION OF JOHN STACHOWIAK
[9]     November 29, 2007
[10]
[11]   I, BEVERLY ANN SMITH, Certified Shorthand
[12] Report, hereby certify to the following:
[13]    That the witness, JOHN STACHOWIAK, was duly
[14] sworn by the officer and that the transcript of the oral
[15] deposition is a true record of the testimony given by
[16] the witness;
[17]    That the deposition transcript was submitted
[18] on _____, _____, to the witness or to the
[19] attorney for the witness for examination, signature and
[20] return to me by _____, _____;
[21]    That pursuant to information given to the
[22] deposition officer at the time said testimony was taken,
[23] the following includes all parties of record and the
[24] amount of time used by each party at the deposition:
[25]    William E. Hilton ( 1 h 30 m)

Page 123

[1]     Peter E. Mims ( 1 h 10 m)
            Attorney for Defendant
[2]     Andrew Baine ( 0 h 0 m)
            Attorney for Defendant
[3]
[4]     I further certify that I am neither counsel
[5] for, related to, nor employed by any of the parties
[6] or attorneys in the action in which this proceeding
[7] was taken, and further that I am not financially or
[8] otherwise interested in the outcome of the action.
[9]    Certified to by me this _____ day of
[10] _____, _____.
[11]
[12]
[13]
            Beverly Ann Smith, CSR
[14]        Texas CSR 3554
            Expiration: 12/31/2008
[15]        Continental Court Reporters
            Firm Registration No. 61
[16]        2777 Allen Parkway, Suite 600
            Houston, Texas 77019
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 124

[1]   FURTHER CERTIFICATION
[2]
[3] The original deposition was/was not returned to the
[4] deposition officer on _____;
[5]   If returned, the attached Changes and Signature
[6] page contains any changes and the reasons therefor;
[7] If returned, the original deposition was delivered
[8] to Peter E. Mims, Custodial Attorney;
[9]   That $ is the deposition officer's charges
[10] to the Defendant for preparing the original deposition
[11] transcript and any copies of exhibits;
[12]   That the deposition was delivered in accordance
[13] with Rule 30(f), and that a copy of this certificate was
[14] served on all parties shown herein.
[15]   Certified to by me this ____ day of _____.
[16]
[17]
[18]
[19]
[20]         Beverly Ann Smith, CSR
              Texas CSR 3554
[21]         Expiration: 12/31/2008
             Continental Court Reporters
[22]         Firm Registration No. 61
             2777 Allen Parkway, Suite 600
[23]         Houston, Texas 77019
[24]
[25]