# EXHIBIT 5

## TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER THE DECISION DENYING SUMMARY JUDGMENT AND TO STRIKE THE AFFIDAVITS

## FILED DECEMBER 14, 2007

## IN

## 04-40219 FDS





EXHIBIT
TX-88