UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP<br><br>    Plaintiff,<br><br>v.<br><br>DEWALCH TECHNOLOGIES, INC.<br><br>    Defendant. | Civil Action No.<br>04 40219 FDS |

**RESPONSE TO REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO RECONSIDER THE DECISION DENYING SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS**

Plaintiff, Inner - Tite Corp. does not believe that oral argument is necessary in connection with defendant's motion for reconsideration of the decision denying summary judgment and to strike the affidavits (Docket Item No. 92), but has no objection to the court scheduling oral argument on defendant's motion for reconsideration.

                                                Respectfully submitted,

                                                Inner-Tite Corp.

                                                By Plaintiff's attorneys,


                                                ___/s/ William E. Hilton_____

Dated: December 14, 2007

                                                Maurice E. Gauthier, BBO# 187340
                                                William E. Hilton, BBO# 559515
                                                Gauthier & Connors, LLP
                                                225 Franklin Street, Suite 2300
                                                Boston, Massachusetts  02110
                                                (617) 426 - 9180   Ext. 111

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons indicated as non-registered participants on December 14, 2007 by First Class Mail.

/s/William E. Hilton
William E. Hilton