IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | | |
| Defendant | | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S ASSENTED-TO MOTION TO SEAL DOCUMENTS**

Having considered Defendant DeWalch Technologies, Inc.'s Assented-to Motion to Seal Documents, this Court orders as follows:

DeWalch is granted leave to file the following documents under seal pursuant to the Parties' Stipulated Protective Order:

EXHIBIT A TO DEFENDANT DEWALCH'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO RECONSIDER THE COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS

**SO ORDERED**

DATED: _____          _____
                          District Judge F. Dennis Saylor