IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § | |
| Defendant | § § § | |

**DEWALCH TECHNOLOGIES, INC'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO RECONSIDER THE COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS**

Defendant, DeWalch Technologies, Inc., respectfully moves for leave to file a reply in support of its Motion to Reconsider the Court's Memorandum and Order on Cross-Motions for Summary Judgment and to Strike Affidavits.

A reply memorandum, attached as Exhibit A, would materially assist the Court because of new issues raised in Inner-Tite's opposition. Further, a reply memorandum would clarify the record for the Court.

Counsel for DeWalch has contacted counsel for Plaintiff concerning this motion. Plaintiff consents to the filing of a reply.

1

Dated: December 27, 2007                    Respectfully Submitted,


   /s/ Denise W. DeFranco
Denise W. DeFranco (BBO 558859)
E-mail: denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Phone: (617) 452-1600
Facsimile: (617) 452-1666

Peter Mims (Texas Bar No. 14173275)
Admitted *pro hac vice*
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Phone: 713.758.2732
Facsimile: 713.651.5703

1

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: December 27, 2007            /s/ Denise W. DeFranco
                                    Denise W. DeFranco (BBO 558859)
                                    E-mail: denise.defranco@finnegan.com
                                    FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER, L.L.P.
                                    55 Cambridge Parkway
                                    Cambridge, MA 02142
                                    Phone: (617) 452-1600
                                    Facsimile: (617) 452-1666