# EXHIBIT C

## Mims, Peter

**From:** Mims, Peter
**Sent:** Friday, April 28, 2006 10:39 AM
**To:** 'William E. Hilton'
**Subject:** RE: Drawings for ProLock 1 and ProLock 2

Bill:

I have discussed your proposal below with our client, and DeWalch Technologies is willing to agree to the following:

1. The drawings would remain designated as "HIGHLY CONFIDENTIAL Pursuant to Court Order" under the Confidentiality Agreement and Protective Order. The dimensions included in the DeWalch Technologies drawings are the confidential information of DeWalch. We intended to file our cross-motion under seal to the extent it includes information that is in these drawings.

2. DeWalch would consent to your disclosure of these drawings to select number of employees of Inner-Tite (we would want to know the identity of the individuals) solely for the purposes of the litigation, and specifically in connection with the cross-motions as "Confidential Information - Pursuant to Court Order" under the Confidentiality Agreement and Protective Order. Of course, the information in the drawings is subject to all the restrictions designated as Confidential Information - Pursuant to Court Order under the provisions of the Confidentiality Agreement and Protective Order, and the use of these drawings is limited to this litigation. This should allow you to work with Inner-Tite employees on the preparation of Inner-Tite's cross-motion. Finally, please note that these Inner-Tite employees would also have to sign the undertaking attached to the Protective Order.

If you wish to discuss, please feel free to call.

Peter


*Peter E. Mims*
**Vinson & Elkins LLP**
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760
Tel 713.758.2732
Fax 713.615.5703
pmims@velaw.com

-----Original Message-----
From: William E. Hilton [mailto:whilton@GC-LAW.com]
Sent: Monday, April 24, 2006 11:42 AM
To: Mims, Peter
Subject: RE: Drawings for ProLock 1 and ProLock 2

Hi Peter, I received the final copy of the agreement – thanks.

Turning to the briefs, I expect that your client may wish to identify dimensions of certain parts of the products. As you know, we removed the confidentiality status of the drawings that included no dimensions.

If plaintiff wishes to refer to certain dimensions of the products, we are now required to either have the parts measured by our client, or not copy them in briefs or arguments based on the attached drawings. Clearly we would need to measure the parts themselves. I would like to avoid an issue with the authenticity of any such measurements, and therefore ask that all of the attached drawings now be made non-confidential for purposes of the summary judgment briefs and hearing. I note that these drawings include no tolerance ranges. Although the drawings had been made available for Mr. Davis to review in connection with the settlement agreement, I will now need to work with others at Inner Tite in connection with the summary judgment.

Can we agree to de-classify these as non-confidential?

> William E. Hilton
> Gauthier & Connors LLP
> 225 Franklin Street, Suite 2300
> Boston, MA. 02110
> (617) 426-9180, Ext. 111
> Fax: (617) 426-2275
>
> ***********************************************************
> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>
> ****************************************************

-----Original Message-----
**From:** Mims, Peter [mailto:peter.mims@velaw.com]
**Sent:** Thursday, March 16, 2006 7:13 PM
**To:** William E. Hilton
**Cc:** 'Binz DeWalch' (E-mail); Mark DeWalch (E-mail); 'Mike Evans' (E-mail)
**Subject:** Drawings for ProLock 1 and ProLock 2

Dear Bill:

As requested as part of the Settlement Agreement, please find enclosed drawings to be referenced in the Exhibit to the Settlement Agreement. These drawings are highly confidential, and accordingly, DeWalch is providing these drawings designated as "HIGHLY CONFIDENTIAL Pursuant to Court Order" under the Confidentiality Agreement and Protective Order.

Our client has authorized you to disclose these drawings to your client solely in the context of the settlement discussions alone as "Confidential Information - Pursuant to Court Order" under the Confidentiality Agreement and Protective Order. Of course, this information is subject to all the restrictions designated as Confidential Information - Pursuant to Court Order under the provisions of the Confidentiality Agreement and Protective Order, and the use of these drawings is limited to this litigation.

I have also sent to you via overnight courier an example of the ProLock 2 product. Now that the drawings and example of the ProLock 2 have been provided to Inner-Tite, we look forward to your client's comments regarding the draft Settlement Agreement.

If you have any questions or wish to discuss, please feel free to call.

*Peter E. Mims*
Partner
**Vinson & Elkins LLP**
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760
Tel 713.758.2732
Fax 713.615.5703
pmims@velaw.com

12/20/2007

To the extent this communication contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used, by any person (i) as a basis for avoiding federal tax penalties that may be imposed on that person, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.


......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.

12/20/2007