**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| INNER-TITE CORP., § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Civil Action No. |
| § | | 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., § | | |
| § | | |
| Defendant § | | |
| § | | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

Having considered Defendant DeWalch Technologies, Inc.'s Assented-to Motion for Leave to File a Reply Brief in Support of its Motion to Reconsider the Court's Memorandum and Order on Cross-Motions for Summary Judgment and to Strike Affidavits, this Court orders as follows:

DeWalch is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**SO ORDERED**

DATED: _____          _____
                                                District Judge F. Dennis Saylor