# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Civil Action No. |
| § | | 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., § | | |
| § | | |
| Defendant § | | |
| § | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following:

1. **EXHIBIT A TO DEFENDANT DEWALCH'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO RECONSIDER THE COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS**

was served by Electronic Mail and Federal Express on December 27, 2007, to the following:

> William E. Hilton, Esq.
> Gauthier & Connors, LLP
> 225 Franklin Street, Suite 3300
> Boston, MA 02110
> Email: whilton@gc-law.com

>   /s/ Denise W. DeFranco
> Denise W. DeFranco (BBO 558859)
> E-mail: denise.defranco@finnegan.com
> FINNEGAN, HENDERSON, FARABOW,
> GARRETT & DUNNER, L.L.P.
> 55 Cambridge Parkway
> Cambridge, MA 02142
> Phone: (617) 452-1600
> Facsimile: (617) 452-1666

2

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: December 27, 2007

    /s/ Denise W. DeFranco
Denise W. DeFranco (BBO 558859)
E-mail: denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Phone: (617) 452-1600
Facsimile: (617) 452-1666