# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., § § § Plaintiff § § v. § § DEWALCH TECHNOLOGIES, INC., § § Defendant § § | | Civil Action No. 04-40219-FDS |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT A TO DEFENDANT DEWALCH'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO RECONSIDER THE COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO STRIKE AFFIDAVITS**

The original documents are maintained in the case file in the Clerk's office.

Dated: December 27, 2007 Respectfully Submitted,

   /s/ Denise W. DeFranco
Denise W. DeFranco (BBO 558859)
E-mail: denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Phone: (617) 452-1600
Facsimile: (617) 452-1666

Peter Mims (Texas Bar No. 14173275)
Admitted *pro hac vice*
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Phone: 713.758.2732
Facsimile: 713.651.5703

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: December 27, 2007           /s/ Denise W. DeFranco  
Denise W. DeFranco (BBO 558859)  
E-mail: denise.defranco@finnegan.com  
FINNEGAN, HENDERSON, FARABOW,  
GARRETT & DUNNER, L.L.P.  
55 Cambridge Parkway  
Cambridge, MA 02142  
Phone: (617) 452-1600  
Facsimile: (617) 452-1666