## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INNER-TITE CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04 40219 FDS |
| DEWALCH TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S WITNESS LIST

Plaintiff will rely on the testimony of **Mr. Robert Rafferty** of 9 Prouty Lane, Rutland, Massachusetts, as a fact witness on the issue of alleged infringement. Mr. Rafferty will testify as to the invention of the subject matter of the '691 patent, and the DeWalch ProLock 1 and ProLock 2 products.

Plaintiff will also rely on the testimony of **Mr. John E. Stachowiak**, Jr. of 8827 Willacy Court, Houston, Texas 77064, by videotape deposition, as a fact witness on the issue of alleged infringement. Mr. Stachowiak, Jr. will testify as to the DeWalch ProLock 1 and ProLock 2 products. Plaintiff presently intends to rely on at least the portions of the video-taped deposition that correspond to the following section from the written transcript of the deposition: page 5, line 1 – page 11, line 25, page 25, line 10 – page 28, line 7, page 46, line 23 – page 48, line 9, page 50, line 16 – page 57, line 3, page 59, line 13 – page 61, line 4, page 65, line 24 – page 83, line 11, page 106, line 1 – page 108, line 16, and page 110, line 3 – page 112, line 13.

Respectfully submitted,

Inner-Tite Corp.

By Plaintiff"s attorneys,


   /s/ William E. Hilton_____

Dated: February 6, 2008

William E. Hilton, BBO# 559515
Maurice E. Gauthier, BBO# 187340
Gauthier & Connors LLP
225 Franklin Street, Suite 2300
Boston, Massachusetts  02110
(617) 426 - 9180   Ext. 111


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons indicated as non-registered participants on February 6, 2008 by First Class Mail.

_____/s/William E. Hilton_____
William E. Hilton