UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>DEWALCH TECHNOLOGIES, INC.<br><br>      Defendant. | Civil Action No.<br>04 40219 FDS |

**PLAINTIFF'S EXHIBITS LIST**

Plaintiff intends to rely on the following exhibits at trail:

| Trial Exhibit | Description | Identification |
|---|---|---|
| 1 | U.S. Patent No. 6,763,691 | IT 00143 – IT 00150 |
| 2 | ProLock 1 product | Exhibit 2 from hearing on July 26, 2007; Exhibit 9 to the Declaration of Binz DeWalch |
| 3 | ProLock 2 product | Exhibit 3 from hearing on July 26, 2007; Exhibit 10 to the Declaration of Binz DeWalch |
| 4 | DeWalch cap key and barrel lock | Exhibit 4 from hearing on July 26, 2007 |
| 5 | Utility meter box | Exhibit 1 from hearing on July 26, 2007; Exhibit 11 to the Declaration of Binz DeWalch |
| 6 | Unassembled three parts of ProLock 1 product | Exhibit 6 from hearing on July 26, 2007 |
| 7 | ProLock 1 product including tape | Exhibit 7 from hearing on July 26, 2007 |
| 8 | Inner – Tite Corp. product | Exhibit 8 from hearing on |

|    |                                                              | July 26, 2007                                                                       |
|----|--------------------------------------------------------------|-------------------------------------------------------------------------------------|
| 9  | Photograph of various meter boxes                            | DEW 0001                                                                            |
| 10 | Photographs of ProLock 1 product                             | IT 00151                                                                            |
| 11 | Photographs of ProLock 1 product with cap key and barrel lock| IT 00152                                                                            |
| 12 | Photographs of ProLock 1 product with cap key and barrel lock| IT 00153                                                                            |
| 13 | Photograph of ProLock 1 product                              | DEW 0002<br>IT 01538                                                                |
| 14 | Photograph of ProLock 1 product on box                       | DEW 0004<br>IT 01539                                                                |
| 15 | Photograph of ProLock 1 product on box                       | DEW 0005<br>IT 01540                                                                |
| 16 | Photograph of ProLock 1 product on box                       | DEW 0006<br>IT 01541                                                                |
| 17 | Photograph of ProLock 1 product on box                       | DEW 0007<br>IT 01542                                                                |
| 18 | Photograph of ProLock 1 product with annotations             | DEW 0003                                                                            |
| 19 | Photograph of ProLock 1 product on box with annotations      | DEW 0008                                                                            |
| 20 | Photograph of ProLock 1 product on box with annotations      | DEW 0009 and Exhibit TX 20 from the Stachowiak deposition on 11/29/2007             |
| 21 | Photograph of ProLock 2 product                              | DEW 0010<br>IT 01543                                                                |
| 22 | Photograph of ProLock 2 product on box                       | DEW 0011<br>IT 01544                                                                |
| 23 | Photograph of ProLock 2 product on box                       | DEW 0012<br>IT 01545                                                                |
| 24 | Photograph of ProLock 2 product on box                       | DEW 0013<br>IT 01546                                                                |
| 25 | Photograph of ProLock 2 product on box with annotations      | DEW 0014                                                                            |
| 26 | Photograph of ProLock 2 product on box with annotations      | DEW 0015 and Exhibit TX 26 from the Stachowiak deposition on 11/29/2007             |
| 27 | Illustration of ProLock 1                                    | DEW 0016                                                                            |

|    |                                                              |                                                                                      |
|----|--------------------------------------------------------------|--------------------------------------------------------------------------------------|
|    | product with annotations                                     | IT 01547                                                                             |
| 28 | Illustration of ProLock 2 product with annotations           | DEW 0017<br>IT 01548                                                                 |
| 29 | Illustration of parts of the ProLock 1 product with annotations | DEW 0018<br>IT 01549                                                              |
| 30 | Illustration of embodiments of the '691 patent               | DEW 0019                                                                             |
| 31 | Illustration of embodiments of the '691 patent               | DEW 0020                                                                             |
| 32 | Illustration of an embodiment of the '691 patent             | DEW 0021 and Exhibit TX 32 from the Stachowiak deposition on 11/29/2007              |
| 33 | Drawings of ProLock 1 product                                | IT 01433                                                                             |
| 34 | Drawings of ProLock 2 product                                | IT 01434                                                                             |
| 40 | Drawings of bracket for ProLock 1 product                    | IT 01483                                                                             |
| 41 | Drawings of lever for ProLock 1 product                      | IT 01484                                                                             |
| 42 | Drawings of ProLock 1 product                                | IT 01485                                                                             |
| 43 | Drawings of ProLock 2 product                                | IT 01486                                                                             |
| 44 | Drawings of clamping member for ProLock 1 product            | IT 01488                                                                             |
| 45 | Drawings of clamping member for ProLock 2 product            | IT 01487                                                                             |
| 46 | Redacted drawing of bracket for ProLock 1 product            | IT 01489                                                                             |
| 47 | Redacted drawing of lever for ProLock 1 product              | IT 01490                                                                             |
| 48 | Redacted drawing of claming member for ProLock 1 product     | IT 01494                                                                             |
| 49 | Redacted drawing of claming member for ProLock 2 product     | IT 01493                                                                             |
| 50 | File History of U.S. Patent No. 6,763,691                    | IT 00001 – IT 00142                                                                  |
| 51 | U.S. Patent No. 4,080,811                                    | IT 01435 – IT 01438<br>DEW 0169 – DEW 0172                                           |

| 52 | U.S. Patent No. 4,414,829 | IT 01439 – IT 0145<br>DEW 0173 – DEW 0179 |
|---|---|---|
| 53 | U.S. Patent No. 4,202,574 | IT 01463 – IT 01467<br>DEW 0180 – DEW 0184 |
| 54 | U.S. Patent No. 3,938,839 | IT 01449 – IT 01451 |
| 55 | U.S. Patent No. 4,120,182 | IT 01452 – IT 01462 |
| 82 | Meter Box | Exhibit TX – 82 from the Stachowiak deposition on 11/29/2007 |
| 83 | ProLock Product 2 | Exhibit TX – 83 from the Stachowiak deposition on 11/29/2007 |
| 84 | ProLock Product 1 | Exhibit TX – 84 from the Stachowiak deposition on 11/29/2007 |
| 85 | Memorandum and Order on Cross-Motions for Summary Judgment and to Strike Affidavits | Exhibit TX – 85 from the Stachowiak deposition on 11/29/2007 |
| 86 | Sample Jiffy Lock product of Inner-Tite Corp. introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 86 from the Stachowiak deposition on 11/29/2007 |
| 87 | Supplemental Declaration of Binz DeWalch introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 87 from the Stachowiak deposition on 11/29/2007 |
| 88 | Drawing prepared by John Stachowiak, Jr. at his deposition on 11/29/2007 | Exhibit TX – 88 from the Stachowiak deposition on 11/29/2007 |
| 89 | Third Declaration of Binz DeWalch introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 89 from the Stachowiak deposition on 11/29/2007 |
| 90 | Declaration of Binz DeWalch introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 90 from the Stachowiak deposition on 11/29/2007 |
| 91 | Colored drawing prepared by John Stachowiak, Jr. at his deposition on 11/29/2007 | Exhibit TX – 91 from the Stachowiak deposition on 11/29/2007 |
| 94 | Drawing attached to the Settlement Agreement | Exhibit 11 from the Rafferty deposition on 11/27/2007 |

| 95 | Annotated copy of the '691 Patent | Exhibit 7 from the Rafferty deposition on 11/27/2007 |
| 96 | Video-Taped Recording of the deposition of John Stachowiak, Jr. on 11/29/2007 | Video-Taped Recording of the deposition of John Stachowiak, Jr. on 11/29/2007 |
| 97 | ProLock 1 product | Exhibit 9 from the deposition of Robert Rafferty on 11/27/2007 |
| 98 | Meter Box | Exhibit 16 from the deposition of Robert Rafferty on 11/27/2007 |

Plaintiff reserves the right to refer to additional documents from the record for impeachment and rebuttal purposes as the need may arise at trial.

Respectfully submitted,

Inner-Tite Corp.

By Plaintiff"s attorneys,

\_\_/s/ William E. Hilton_____

Dated: February 6, 2008

William E. Hilton, BBO# 559515
Maurice E. Gauthier, BBO# 187340
Gauthier & Connors LLP
225 Franklin Street, Suite 2300
Boston, Massachusetts 02110
(617) 426 - 9180   Ext. 111

CERTIFICATE OF SERVICE
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to persons indicated as non-registered participants on February 6, 2008 by First Class Mail.

_____/s/William E. Hilton_____
William E. Hilton