# EXHIBIT A

TO

PLAINTIFF'S PROPOSED

FINDINGS OF FACT AND CONCLUSIONS OF LAW

FILED FEBRUARY 6, 2008

IN CIVIL ACTION 04-40219 FDS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04 40219 FDS |
| DEWALCH TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S PROPOSED ORDER**

Following a bench trial in the above captioned action and in consideration of the all of the evidence submitted, the court finds that each of defendant's ProLock 1 and ProLock 2 products infringes plaintiff's U.S. Patent No. 6,763,191.

Accordingly, it is hereby ordered that relief be provided to plaintiff as directed in the Settlement Agreement entered April 18, 2006 in paragraphs III. B. (1) and (2) thereof.

_____

Judge F.D. Saylor