IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § | |
| Defendant | § § | |

# DEFENDANT DEWALCH'S TRIAL EXHIBIT LIST

Trial exhibits 1 through 95 were previously agreed upon and identified in the Parties' Amended Joint Pretrial Memorandum (Dkt. No. 90). The parties have also since agreed upon trial exhibits 96 through 109. Trial exhibits 110 through 113 have been added by the Defendant, but have not been agreed upon or objected to by Plaintiff.

| Trial Exhibit | Description | Identification |
|---|---|---|
| 1 | U.S. Patent No. 6,763,691 | IT 00143 – IT 00150 |
| 2 | ProLock 1 product | Exhibit 2 from hearing on July 26, 2007; Exhibit 9 to the Declaration of Binz DeWalch |
| 3 | ProLock 2 product | Exhibit 3 from hearing on July 26, 2007; Exhibit 10 to the Declaration of Binz DeWalch |
| 4 | DeWalch cap key and barrel lock | Exhibit 4 from hearing on July 26, 2007 |
| 5 | Utility meter box | Exhibit 1 from hearing on July 26, 2007; Exhibit 11 to the Declaration of Binz DeWalch |
| 6 | Unassembled three parts of ProLock 1 product | Exhibit 6 from hearing on July 26, 2007 |
| 7 | ProLock 1 product including | Exhibit 7 from hearing on |

| Trial Exhibit | Description | Identification |
|---|---|---|
|  | tape | July 26, 2007 |
| 8 | Inner – Tite Corp. product | Exhibit 8 from hearing on July 26, 2007 |
| 9 | Photograph of various meter boxes | DEW 0001 |
| 10 | Photographs of ProLock 1 product | IT 00151 |
| 11 | Photographs of ProLock 1 product with cap key and barrel lock | IT 00152 |
| 12 | Photographs of ProLock 1 product with cap key and barrel lock | IT 00153 |
| 13 | Photograph of ProLock 1 product | DEW 0002 IT 01538 |
| 14 | Photograph of ProLock 1 product on box | DEW 0004 IT 01539 |
| 15 | Photograph of ProLock 1 product on box | DEW 0005 IT 01540 |
| 16 | Photograph of ProLock 1 product on box | DEW 0006 IT 01541 |
| 17 | Photograph of ProLock 1 product on box | DEW 0007 IT 01542 |
| 18 | Photograph of ProLock 1 product with annotations | DEW 0003 |
| 19 | Photograph of ProLock 1 product on box with annotations | DEW 0008 |
| 20 | Photograph of ProLock 1 product on box with annotations | DEW 0009 and Exhibit TX 20 from the Stachowiak deposition on 11/29/2007 |
| 21 | Photograph of ProLock 2 product | DEW 0010 IT 01543 |
| 22 | Photograph of ProLock 2 product on box | DEW 0011 IT 01544 |
| 23 | Photograph of ProLock 2 product on box | DEW 0012 IT 01545 |
| 24 | Photograph of ProLock 2 product on box | DEW 0013 IT 01546 |
| 25 | Photograph of ProLock 2 product on box with annotations | DEW 0014 |
| 26 | Photograph of ProLock 2 | DEW 0015 and |

| Trial Exhibit | Description | Identification |
|---|---|---|
|  | product on box with annotations | Exhibit TX 26 from the Stachowiak deposition on 11/29/2007 |
| 27 | Illustration of ProLock 1 product with annotations | DEW 0016<br>IT 01547 |
| 28 | Illustration of ProLock 2 product with annotations | DEW 0017<br>IT 01548 |
| 29 | Illustration of parts of the ProLock 1 product with annotations | DEW 0018<br>IT 01549 |
| 30 | Illustration of embodiments of the '691 patent | DEW 0019 |
| 31 | Illustration of embodiments of the '691 patent | DEW 0020 |
| 32 | Illustration of an embodiment of the '691 patent | DEW 0021 and Exhibit TX 32 from the Stachowiak deposition on 11/29/2007 |
| 33 | Drawings of ProLock 1 product | IT 01433 |
| 34 | Drawings of ProLock 2 product | IT 01434 |
| 35 | Illustration of proposed revised ProLock product | IT 01478 |
| 36 | Illustration of proposed revised ProLock 1 product | IT 01479 |
| 37 | Illustration of proposed revised ProLock 1 product | IT 01480 |
| 38 | Illustration of proposed revised ProLock 1 product | IT 01481 |
| 39 | Drawing of proposed revised ProLock 1 product | IT 01482 |
| 40 | Drawings of bracket for ProLock 1 product | IT 01483 |
| 41 | Drawings of lever for ProLock 1 product | IT 01484 |
| 42 | Drawings of ProLock 1 product | IT 01485 |
| 43 | Drawings of ProLock 2 product | IT 01486 |
| 44 | Drawings of clamping member for ProLock 1 product | IT 01488 |
| 45 | Drawings of clamping | IT 01487 |

| Trial Exhibit | Description | Identification |
|---|---|---|
|  | member for ProLock 2 product |  |
| 46 | Redacted drawing of bracket for ProLock 1 product | IT 01489 |
| 47 | Redacted drawing of lever for ProLock 1 product | IT 01490 |
| 48 | Redacted drawing of claming member for ProLock 1 product | IT 01494 |
| 49 | Redacted drawing of claming member for ProLock 2 product | IT 01493 |
| 50 | File History of U.S. Patent No. 6,763,691 | IT 00001 – IT 00142 |
| 51 | U.S. Patent No. 4,080,811 | IT 01435 – IT 01438 DEW 0169 – DEW 0172 |
| 52 | U.S. Patent No. 4,414,829 | IT 01439 – IT 0145 DEW 0173 – DEW 0179 |
| 53 | U.S. Patent No. 4,202,574 | IT 01463 – IT 01467 DEW 0180 – DEW 0184 |
| 54 | U.S. Patent No. 3,938,839 | IT 01449 – IT 01451 |
| 55 | U.S. Patent No. 4,120,182 | IT 01452 – IT 01462 |
| 56 | U.S. Patent No. 1,053,328 | DEW0185 – DEW0187 |
| 57 | U.S. Patent No. 1,241,459 | DEW0188 – DEW0190 |
| 58 | U.S. Patent No. 1,262,795 | DEW0191 – DEW0193 |
| 59 | U.S. Patent No. 1,343,851 | DEW0194 – DEW0196 |
| 60 | U.S. Patent No. 1,554,958 | DEW0197 – DEW0199 |
| 61 | U.S. Patent No. 2,121,386 | DEW0200 – DEW0205 |
| 62 | U.S. Patent No. 3,088,560 | DEW0206 – DEW0208 |
| 63 | U.S. Patent No. 3,181,319 | DEW0209 – DEW0211 |
| 64 | U.S. Patent No. 3,275,363 | DEW0212 – DEW0215 |
| 65 | U.S. Patent No. 3,431,004 | DEW0216 – DEW0218 |
| 66 | U.S. Patent No. 3,867,822 | DEW0219 – DEW0225 |
| 67 | U.S. Patent No. 3,938,839 | DEW0226 – DEW0228 |
| 68 | U.S. Patent No. 4,031,722 | DEW0229 – DEW0234 |
| 69 | U.S. Patent No. 4,096,718 | DEW0235 – DEW0240 |
| 70 | U.S. Patent No. 4,107,959 | DEW0241 – DEW0247 |
| 71 | U.S. Patent No. 4,120,182 | DEW0248 – DEW0258 |
| 72 | U.S. Patent No. 4,144,729 | DEW0259 – DEW0261 |
| 73 | U.S. Patent No. 4,152,910 | DEW0262 – DEW0269 |
| 74 | U.S. Patent No. 4,254,647 | DEW0270 – DEW0279 |
| 75 | U.S. Patent No. 4,326,395 | DEW0280 – DEW0287 |
| 76 | U.S. Patent No. 4,475,365 | DEW0288 – DEW0291 |

| Trial Exhibit | Description | Identification |
|---|---|---|
| 77 | U.S. Patent No. 4,551,999 | DEW0292 – DEW0296 |
| 78 | U.S. Patent No. 4,986,096 | DEW0297 – DEW0302 |
| 79 | U.S. Patent No. 5,007,258 | DEW0303 – DEW0308 |
| 80 | U.S. Patent No. 5,315,849 | DEW0309 – DEW0317 |
| 81 | U.S. Patent No. 5,870,911 | DEW0318 – DEW0333 |
| 82 | Meter Box | Exhibit TX – 82 from the Stachowiak deposition on 11/29/2007 |
| 83 | ProLock Product 2 | Exhibit TX – 83 from the Stachowiak deposition on 11/29/2007 |
| 84 | ProLock Product 1 | Exhibit TX – 84 from the Stachowiak deposition on 11/29/2007 |
| 85 | Memorandum and Order on Cross-Motions for Summary Judgment and to Strike Affidavits | Exhibit TX – 85 from the Stachowiak deposition on 11/29/2007 |
| 86 | Sample Jiffy Lock product of Inner-Tite Corp. introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 86 from the Stachowiak deposition on 11/29/2007 |
| 87 | Supplemental Declaration of Binz DeWalch introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 87 from the Stachowiak deposition on 11/29/2007 |
| 88 | Drawing prepared by John Stachowiak, Jr. at his deposition on 11/29/2007 | Exhibit TX – 88 from the Stachowiak deposition on 11/29/2007 |
| 89 | Third Declaration of Binz DeWalch introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 89 from the Stachowiak deposition on 11/29/2007 |
| 90 | Declaration of Binz DeWalch introduced at the deposition of John Stachowiak, Jr. on 11/29/2007 | Exhibit TX – 90 from the Stachowiak deposition on 11/29/2007 |
| 91 | Colored drawing prepared by John Stachowiak, Jr. at his deposition on 11/29/2007 | Exhibit TX – 91 from the Stachowiak deposition on 11/29/2007 |
| 92 | Rafferty Affidavit with hand | Exhibit 6 from the |

| Trial Exhibit | Description | Identification |
|---|---|---|
|  | notations by Mr. Rafferty | Rafferty deposition on 11/27/2007 |
| 93 | Drawing created during the Rafferty deposition on 11/27/2007 | Exhibit 8 from the Rafferty deposition on 11/27/2007 |
| 94 | Drawing attached to the Settlement Agreement | Exhibit 11 from the Rafferty deposition on 11/27/2007 |
| 95 | Annotated copy of the '691 Patent | Exhibit 7 from the Rafferty deposition on 11/27/2007 |
| 96 | Video-Taped Recording of the deposition of John Stacjowiak, Jr. on 11/29/2007 | Video-Taped Recording of the deposition of John Stacjowiak, Jr. on 11/29/2007 |
| 97 | ProLock 1 product | Exhibit 9 from the deposition of Robert Rafferty on 11/27/2007 |
| 98 | Meter Box | Exhibit 16 from the deposition of Robert Rafferty on 11/27/2007 |
| 99 | Lever of the ProLock Product |  |
| 100 | Bracket of the ProLock Product |  |
| 101 | Clamping Member of the ProLock Product 1 |  |
| 102 | Clamping Member of the ProLock 2 |  |
| 103 | Partially Assembled ProLock Product (Lever and Bracket Only) |  |
| 104 | Assembled but Unfinished ProLock Product 1 |  |
| 105 | Assembled but Unfinished ProLock Product 2 |  |
| 106 | Cap for Use with ProLock Product |  |
| 107 | Meter Box |  |
| 108 | Meter Box |  |
| 109 | Photograph of ProLock Product on Meter Box |  |
| 110 | Transcript of Proceedings from the July 26, 2006 Summary Judgment Hearing | Dkt. No. 65 |

| Trial Exhibit | Description | Identification |
|---|---|---|
| 111 | Transcript of the November 27, 2007 Deposition of Robert E. Rafferty | |
| 112 | Illustration of ProLock 1 Product with Annotations | DEW0016A |
| 113 | Illustration of ProLock 1 Product with Annotations | DEW0018A |

Dated: February 6, 2008                                      Respectfully submitted,


COUNSEL FOR DEFENDANT
DEWALCH TECHNOLOGIES, INC.


 /s/Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
E-Mail: denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Phone: (617) 452-1600
Facsimile: (617) 452-1666

Peter Mims (admitted *pro hac vice*)
E-Mail: pmims@velaw.com
Texas Bar No. 14173275
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Phone: 713.758.2732
Facsimile: 713.651.5703

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: February 6, 2008

   /s/ Denise W. DeFranco
Denise W. DeFranco (BBO 558859)
E-mail: denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Phone: (617) 452-1600
Facsimile: (617) 452-1666