IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | § § | |
| Defendant | § § § | |

# **DEFENDANT DEWALCH'S WITNESS LIST**

DeWalch will call:

- Binz DeWalch of 6850 Wynnwood Avenue, Houston, Texas 77008, as a fact witness to prove noninfringement. Mr. DeWalch will testify regarding the design, manufacture, and operation of the ProLock 1 and ProLock 2 Products and the subject matter of U.S. Patent No. 6,763,691.

- John E. Stachowiak, Jr. of 8827 Willacy Court, Houston, Texas 77064, by videotaped deposition, as a fact witness on the issue of alleged infringement.

Mr. Stachowiak's deposition testimony will consist of excerpts from his deposition corresponding to the following excerpts from the written transcript:

Page 5, line 1 – page 11, line 25; page 11, line 25 – page 18, line 16; page 20, line 19 – page 28, line 17; page 29, line 5 – page 41, line 15; page 42, line 18 – page 43, line 15; page 45, line 34 – page 50, line 7; page 61, line 6 – page 63, line 5; page 64, line 15 – page 65, line 22; page 108, line 17 – line 18 (Rule of optional completeness); page 108, line 25 – page 111, line 8; page 112, line 14 – page 13, line 2; and page 113, line 15 – page 117, line 9.

Dated: February 6, 2008.                    Respectfully submitted,


                                            COUNSEL FOR DEFENDANT
                                            DEWALCH TECHNOLOGIES, INC.


                                             /s/Denise W. DeFranco
                                            Denise W. DeFranco (BBO No. 558859)
                                            E-Mail: denise.defranco@finnegan.com
                                            FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.
                                            55 Cambridge Parkway
                                            Cambridge, MA 02142
                                            Phone: (617) 452-1600
                                            Facsimile: (617) 452-1666

                                            Peter Mims (admitted *pro hac vice*)
                                            E-Mail: pmims@velaw.com
                                            Texas Bar No. 14173275
                                            VINSON & ELKINS, LLP
                                            2300 First City Tower
                                            1001 Fannin Street
                                            Houston, Texas 77002-6760
                                            Phone: 713.758.2732
                                            Facsimile: 713.651.5703

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: February 6, 2008                /s/ Denise W. DeFranco
                                                         Denise W. DeFranco (BBO 558859)
                                                         E-mail: denise.defranco@finnegan.com
                                                         FINNEGAN, HENDERSON, FARABOW,
                                                         GARRETT & DUNNER, L.L.P.
                                                         55 Cambridge Parkway
                                                         Cambridge, MA 02142
                                                         Phone: (617) 452-1600
                                                         Facsimile: (617) 452-1666

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: February 6, 2008                                     /s/ Denise W. DeFranco
                                                                           Denise W. DeFranco (BBO 558859)
                                                                           E-mail: denise.defranco@finnegan.com
                                                                           FINNEGAN, HENDERSON, FARABOW,
                                                                           GARRETT & DUNNER, L.L.P.
                                                                           55 Cambridge Parkway
                                                                           Cambridge, MA 02142
                                                                           Phone: (617) 452-1600
                                                                           Facsimile: (617) 452-1666