IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INNER-TITE CORP., | § § § § | |
| Plaintiff | | |
| v. | § § § | Civil Action No.<br>04-40219-FDS |
| DEWALCH TECHNOLOGIES, INC., | § § § § | |
| Defendant | | |

**[PROPOSED] ORDER ADOPTING DEFENDANT DEWALCH TECHNOLOGIES, INC.'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Following a bench trial in the above-captioned action and in consideration of all the evidence submitted, this Court finds that Defendant's ProLock 1 and ProLock 2 products do not infringe U.S. Patent No. 6,763,691.

This Court hereby adopts Defendant DeWalch Technologies, Inc.'s Proposed Findings of Fact and Conclusions of Law.

**SO ORDERED**

DATED: _____                             _____
                                               District Judge F. Dennis Saylor