CASE NO: (CIVIL) ~~(CRIMINAL)~~ 04-40219

TITLE: Fine-Tite _____ VS Dewald Technologies

## JURY PANEL

(1. ~~Bench~~                              (7. 
(2.                                          (8.
(3.                                          (9.
(4.                                          (10.
(5.                                          (11.
(6.                                          (12.

Alternate # 1                Alternate # 2
Alternate # 3                Alternate # 4

(PLTFF) (GOV'T)     WITNESSES        DEFENDANT

1. Robert Rafferty 2/27/08      1.
2. John Stachowiak 2/27/08, 2/28/08   2. (by video tape Deposition)
3. Briz Dewalch 2/28/08         3.
4.                              4.
5.                              5.
6.                              6.
7.                              7.
8.                              8.
9.                              9.
10.                             10.
11.                             11.
12.                             12.
13.                             13.
14.                             14.