# EXHIBIT A

TO PLAINTIFF'S POST-TRIAL PROPOSED

FINDINDING OF FACT AND

CONCLUSIONS OF LAW

FILED MARCH 21, 2008

IN CIVIL ACTION NO.

04 – 40219 FDS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNER-TITE CORP.<br><br>        Plaintiff,<br><br>v.<br><br>DEWALCH TECHNOLOGIES, INC.<br><br>        Defendant. | Civil Action No.<br>04 40219 FDS |

**PLAINTIFF'S PROPOSED ORDER**

Following a bench trial in the above captioned action on February 27 and 28, 2008, and in consideration of the all of the evidence submitted therein, the court finds that each of defendant's ProLock 1 and ProLock 2 products infringes plaintiff's U.S. Patent No. 6,763,191.

Accordingly, it is hereby ordered that relief be provided to plaintiff as directed in the Settlement Agreement entered April 18, 2006 in paragraphs III. B. (1) and (2) thereof.

Date: _____, 2008        _____

                                                                           The Honorable F. Dennis Saylor, IV